IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § § | |
| Plaintiff, | § § | |
| vs. | § | Civil Action No. 3:09-CV-733-M |
| AUTODESK, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff AMERICAN IMAGING SERVICES, INC. ("AISI"), by counsel, under Rule 6(b) of the Federal Rules of Civil Procedure, advises the Court that it has consented to the request of Defendant AUTODESK, INC. ("Autodesk") for an extension of time to respond to the Complaint filed in this action, and respectfully moves the Court for entry of the attached agreed Order postponing the time for Autodesk to respond to the Complaint filed by AISI. In support of this Motion AISI states as follows:

1. AISI filed its Complaint on April 22, 2009, and served a Summons and Complaint on Autodesk on April 23, 2009. Autodesk's response is therefore due by May 13, 2009.

2. Counsel for Autodesk has requested a 30-day extension of time to respond to the Complaint so that Autodesk could fully investigate the claims. AISI's counsel agreed to this extension.

3. Autodesk has represented to AISI that its request was not made for dilatory purposes, and no party to this lawsuit will be prejudiced by granting this Motion.

WHEREFORE, AMERICAN IMAGING SERVICES, INC. respectfully requests that the Court enter the accompanying agreed order extending by 30 days the time in which AUTODESK, INC. may respond to the Summons and Complaint.

| | |
|---|---|
| **Dated:  May 13, 2009.** | Respectfully submitted, |

/s/ Erick S. Robinson
State Bar No. 24039142
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400
(817) 334-0401 (fax)
jts@fsclaw.com
robinson@fsclaw.com

Paul V. Storm
State Bar No. 19325350
Michael Leach
State Bar No. 24065598
STORM LLP
901 Main Street, Suite 7100
Dallas, Texas 75202
Telephone:  (214) 347-4700
Facsimile:  (214) 347-4799
paulstorm@stormllp.com
mleach@stormllp.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Erick S. Robinson