IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § § § | |
| Plaintiff, | § | Civil Action No. 3:09-CV-00733-M |
| v. | § § | JURY TRIAL DEMANDED |
| AUTODESK, INC., | § § | |
| Defendant. | § | |

**PLAINTIFF AMERICAN IMAGING SERVICES, INC.'S NOTICE OF COMPLIANCE**

Plaintiff American Imagining Services, Inc. gives notice that it has complied with Northern District of Texas Patent Rules 3-1 and 3-2, the *Joint Report Regarding Contents of Scheduling Order* of September 29, 2009 (ECF Doc. No. 19), the *Agreed Motion for Extension of Time to Serve Patent Rule 3-1, 3-2, 3-3 and 3-4 Disclosures* of October 15, 2009 (ECF 20), and the *Electronic Order Granting Agreed Motion for Extension of Time to Serve Patent Rule 3-1, 3-2, 3-3 and 3-4 Disclosures* of October 16, 2009 (ECF 21) by serving its *Plaintiff's Disclosure of Asserted Claims and Infringement Contentions* and Patent Rule 3-2 production documents AISI 1331 - AISI 1559 upon the following counsel of record for Defendant Autodesk, Inc. via Federal Express:

James Gagen
Howrey LLP
1299 Pennsylvania Ave NW
Washington, D.C. 20004-2402

Brett Govett
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784

Jeannine Sano  
Howrey LLP  
1950 University Ave, Fourth Floor  
East Palo Alto, California 94303-2281

Dated:  October 27, 2009                        Respectfully submitted,

/s/ Paul V. Storm
_____

Paul V. Storm
   State Bar No. 19325350
   paulstorm@stormllp.com
Michael Leach
   State Bar No. 24065598
   mleach@stormllp.com
STORM LLP
901 Main Street, Suite 7100
Dallas, Texas 75202
Telephone:  (214) 347-4700
Facsimile:  (214) 347-4799

Jonathan T. Suder
   State Bar No. 19463350
   jts@fsclaw.com
Erick S. Robinson
   State Bar No. 24039142
   robinson@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400
(817) 334-0401 (fax)

**ATTORNEYS FOR PLAINTIFF AMERICAN IMAGING SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2009, a true and correct copy of the foregoing document has been sent to counsel of record by electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the local Rules of the Northern District of Texas.

                                            /s/ Paul V. Storm
                                            Paul V. Storm