**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant, <br><br>——— <br><br> AUTODESK, INC., <br><br> Counterplaintiff, <br><br> v. <br><br> AMERICAN IMAGING SERVICES, INC., <br><br> Counterdefendant. | Civil Action No. 3:09-CV-733-M |

## STIPULATION

Plaintiff-Counterdefendant American Imaging Services, Inc. and Defendant-Counterplaintiff Autodesk, Inc. hereby stipulate and agree that pursuant to the parties' meet and confer discussions on February 23, 2011 and March 2, 2011, Plaintiff is on notice as to all matters discussed in its 30(b)(6) depositions and the deposition of William Opincar as additional grounds for Autodesk's counterclaims and affirmative defenses of inequitable conduct, unclean hands, and laches as though such matters were specifically pleaded in accordance with *Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312 (Fed. Cir. 2009). The parties further stipulate and agree that Autodesk may assert such matters in dispositive motions or at trial without the need to further amend Autodesk's First Amended Answer and Counterclaim on file, (Doc. No. 30).

American Imaging Services, Inc. reserves the right to object to Autodesk's use of any such matters in dispositive motions or at trial on any additional grounds other than lack of notice or under Fed. R. Civ. P. 9 or 12.

Dated:  March 7th, 2011.

Respectfully submitted,

By: ____/s/ Todd Blumenfeld____

Jonathan T. Suder
State Bar No. 19463350
Todd Blumenfeld
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
jts@fsclaw.com
blumenfeld@fsclaw.com

Paul V. Storm
State Bar No. 19325350
Anthony Miller
STORM LLP
901 Main Street, Suite 7100
Dallas, TX 75202
Telephone:  (214) 347-4700
Facsimile:  (214) 347-4799
paulstorm@stormllp.com
amiller@stormllp.com

Attorneys for Plaintiff-Counterdefendant
American Imaging Services, Inc.

By: /s/ *Brett C. Govett*_____

Brett C. Govett
State Bar No. 08235900
Fulbright & Jaworski LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
bgovett@fulbright.com

Jeannine Yoo Sano (*pro hac vice*)
Warren S. Heit (*pro hac vice*)
Eric E. Lancaster (*pro hac vice*)
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0356
Facsimile:  (650) 213-8158
jsano@whitecase.com
wheit@whitecase.com
elancaster@whitecase.com

Attorneys for Defendant-Counterplaintiff
Autodesk, Inc.

-3-

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 7, 2011 a true and correct copy of the foregoing document was submitted to the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system, and was served upon all counsel that have appeared in this case through this Court's electronic case filing system.

                                              */s Brett C. Govett*_____
                                              Brett C. Govett