**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-cv-00733 |
| AUTODESK, INC., | § § § | |
| Defendant. | § | |

**<u>APPENDIX IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO AUTODESK'S MOTION FOR SUMMARY JUDGMENT</u>**

Dated: November 30, 2012  Respectfully submitted,

/s/ Paul V. Storm

Paul V. Storm.
Texas State Bar No. 19325350
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-4701 Telephone
(214) 999-3701 Fax
pvstorm@gardere.com

Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 Fax
jts@fsclaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November 2012, I caused a true and correct copy of the foregoing document to be served on all counsel of record via the Court's ECF system.

/s/ Paul V. Storm
Paul V. Storm