**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant; <br><br><br> AUTODESK, INC., <br><br> Counterplaintiff, <br><br> v. <br><br> AMERICAN IMAGING SERVICES, INC., <br><br> Counterdefendant. | Civil Action No. 3:09-CV-733-M |

**NOTICE OF POTENTIAL WITNESS CONFLICT
<u>WITH PRESENT TRIAL SETTING</u>**

Pursuant to Paragraph 1 of the Court's Second Amended Patent Scheduling Order, ECF No. 209, Defendant-Counterplaintiff Autodesk, Inc. ("Autodesk") hereby notifies the Court of a potential scheduling conflict with the current trial setting with respect to Autodesk's rebuttal expert witness relating to damages, Dr. Matthew Lynde.  Dr. Lynde is currently expected to testify as an expert in *Medivation, Inc., et al. v. Regents of the University of California, et al.*, CGC-11-510715, in the Superior Court of California, County of San Francisco, which has recently be rescheduled for trial for the period of April 15, 2013 to April 26, 2013.  Accordingly, depending on the actual date that trial begins in this matter and the actual date(s) Dr. Lynde is called to testify in the other litigation, there could be a conflict

with his availability for the present litigation.

Autodesk will promptly notify the Court of any updates regarding the trial schedule in *Medivation, Inc., et al. v. Regents of the University of California, et al.*, and Dr. Lynde's availability for the present litigation.

Respectfully submitted,

Dated:  March 7, 2013     */s/ Eric E. Lancaster*
E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterstafford.com
J. Robert Arnett II
Texas State Bar No. 01332900
barnett@carterstafford.com
CARTER STAFFORD ARNETT HAMADA
  & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, TX  75206
Telephone:  (214) 550-8188
Facsimile:  (214) 550-8185

Jeannine Yoo Sano (*pro hac* vice)
jsano@whitecase.com
Eric E. Lancaster (*pro hac* vice)
elancaster@whitecase.com
Jason Xu (*pro hac vice*)
jxu@whitecase.com
James Gagen (*pro hac vice*)
jgagen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306-1209
Telephone:  (650) 213-0356
Facsimile:  (650) 213-8158

Attorneys for AUTODESK, INC.

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was duly served on all counsel of record via the Court's ECF/CM System on this 7th day of March, 2013.

                                          */s/ Eric E. Lancaster*