**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUTODESK, INC.,<br><br>Defendant; | Civil Action No. 3:09-CV-733-M |
| AUTODESK, INC.,<br><br>Counterplaintiff,<br><br>v.<br><br>AMERICAN IMAGING SERVICES, INC.,<br><br>Counterdefendant. | |

### AUTODESK, INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282

In accordance with 35 U.S.C. § 282, Defendant-Counterplaintiff Autodesk, Inc.

("Autodesk") hereby gives notice that it may rely at trial on one or more of the following

patents, publications, devices, and things to show anticipation, obviousness, or the state of the

art to establish non-infringement, invalidity, and/or unenforceability of U.S. Patent No.

RE40,384 ("'384 reissued patent"), and may rely on the persons listed below as having prior

knowledge of or as having previously used or offered for sale the claimed subject matter of asserted claims 14, 15, 108, and 114 of the '384 reissued patent.[1]

## I.      UNITED STATES PATENTS OR APPLICATIONS

| Patent Number | Filing Date | Document Identification |
|---|---|---|
| 4,442,495 | 06/17/1981 | PRIORART00002659-PRIORART00002688 |
| 4,549,275 | 01/01/1983 | PRIORART00002689-PRIORART00002701 |
| 4,631,532 | 04/02/1984 | PRIORART00002702-PRIORART00002714 |
| 4,748,442 | 11/09/1984 | PRIORART00002715-PRIORART00002725 |
| 4,811,243 | 12/23/1985 | FW00222-FW00230 |
| 4,823,281 | 12/04/1987 | FW00231-FW00247 |
| 4,843,569 | 09/22/1987 | FW00248-FW00257 |
| 4,849,911 | 09/25/1986 | FW00258-FW00261 |
| 4,905,185 | 06/14/1987 | FW00262-FW00273 |
| 4,914,607 | 04/08/1987 | FW00274-FW00289 |
| 4,933,878 | 08/25/1989 | FW00290-FW00313 |
| 5,022,085 | 05/29/1990 | FW00314-FW00319 |
| 5,034,901 | 10/06/1986 | FW00320-FW00327 |
| 5,060,171 | 07/27/1989 | FW00328-FW00353 |
| 5,067,087 | 08/21/1989 | FW00354-FW00368 |

---

[1]      AISI does not contest and the Court has determined that previously asserted claims 98 and 102 (to the extent dependent on claim 98) are invalid.

| Patent Number | Filing Date | Document Identification |
|---|---|---|
| 5,125,074 | 08/10/1989 | FW00369-FW00390 |
| 5,101,436 | 05/11/1990 | IN000035-IN000090 |
| 5,530,947 | 10/14/1992 | IN000139-IN000154 |
| 5,487,139 | 09/10/1991 | IN000180-IN000189 |
| 4,623,280 | 04/25/1985 | IN000310-IN000319 |
| 4,821,209 | 01/21/1986 | IN000320-IN000333 |
| 4,780,712 | 12/01/1986 | IN000334-IN000343 |
| 3,973,245 | 06/10/1974 | IN002215-IN002235 |
| 4,375,654 | 08/02/1979 | IN002236-IN002268 |
| 4,435,792 | 06/30/1982 | IN002269-IN002282 |
| 4,451,895 | 06/09/1983 | IN002283-IN002296 |
| 4,648,049 | 05/07/1984 | IN002297-IN002312 |
| 4,648,119 | 03/18/1985 | IN002313-IN002322 |
| 4,777,651 | 06/25/1984 | IN002323-IN002383 |
| 4,817,187 | 02/19/1987 | IN002384-IN002514 |
| 4,882,683 | 03/16/1987 | IN002515-IN002595 |
| 4,970,666 | 03/30/1988 | IN002596-IN002622 |
| 4,975,853 | 11/18/1988 | IN002623-IN002643 |
| 5,253,193 | 10/08/1992 | PRIORART00012436-PRIORART00012462 |
| 5,287,408 | 08/31/1992 | PRIORART00012463-PRIORART00012476 |

| Patent Number | Filing Date | Document Identification |
|---|---|---|
| 5,710,835 | 11/14/1995 | PRIORART00012477-PRIORART00012490 |

## II.   OTHER PATENTS OR APPLICATIONS

| Patent Number | Date | Document Identification |
|---|---|---|
| GB 2 245 129 A | 12/18/1991 | IN000190-IN000281 |

## III.   OTHER PUBLICATIONS

| Publication | Date | Document Identification |
|---|---|---|
| Adobe Illustrator 1.0 Manual | 01/1987 | PRIORART00000258-PRIORART00000518 |
| AutoCAD Release 9 Reference Manual | 01/07/1988 | PRIORART00000519-PRIORART00000985 |
| The CAD Comparison, Three Programs, Three Prices, Three Purposes-- an Overview of CAD Software | 11/1986 | PRIORART00000986-PRIORART00000994 |
| CAD Overlay 2.0 User's Manual AutoCAD Series | 08/08/1988 | PRIORART00001139-PRIORART00001197 |
| July 21, 2003 Declaration of David P. Chassin re CAD Overlay | | PRIORART00001780-PRIORART00001787 |
| Finish Technical Documentation Faster, CAD-CAM, p. 21 (English Translation) | 03/1987 | PRIORART00003630-PRIORART00003631 |
| Finish Technical Documentation Faster, CAD-CAM, p. 21 (Original German Version) | 03/1987 | PRIORART00003627-PRIORART00003629 |
| Canvas 1.0 Manual, Complete Graphics Environment for Macintosh | 1987 | PRIORART00001329-PRIORART00001456 |
| Robin Webster, Canvas 2.0 Challenges MacDraw (Software Review) | 08/09/1988 | PRIORART00001137-PRIORART00001138 |

| Publication | Date | Document Identification |
|---|---|---|
| Canvas 2.0 Reference Manual | 1988 | PRIORART00001200-PRIORART00001328 |
| Canvas 2.0 User Guide | 1988 | PRIORART00001457-PRIORART00001739 |
| Claris CAD Tutorial Workbook | 1988 | PRIORART00004838-PRIORART00004941 |
| Complementing CAD Plotting with Ceramics, Plan & Print | 06/1988 | PRIORART00001769-PRIORART00001771<br><br>PRIORART00002539-PRIORART00002541 |
| Corel Draw Manual | 1988 | PRIORART00000001-PRIORART00000257 |
| Cricket Draw, Advanced Graphics with PostScript, User's Manual | 1986 | PRIORART00002777-PRIORART00003017 |
| Deneba Software Turns 15!-Graphics Software Pioneer Celebrates 15th Anniversary | 01/12/2001 | PRIORART00001788-PRIORART00001790 |
| DeskPaint 2.0 & DeskDraw Review, MacWorld | 01/1989 | PRIORART00001067-PRIORART00001071 |
| Dipl.-Ing. Dan Sommer, "Dot Graphic Image Processing-an Extension of Conventional CAD Technology," CAD-CAM Report, pp. 71-76 (Original German Version and English Translation) | 09/1985 | PRIORART00003641-PRIORART00003649 |
| Draw It Again Sam Layers, Libraries, Paint, & Draw | 1987 | PRIORART00003203-PRIORART00003363 |
| William A. Opincar, "Eliminating Obstacles to the CAD Revolution," Plan & Print, pp. 30-33 | 06/07/1988 | PRIORART00002535-PRIORART00002538 |
| NAVSEA CAD/CAM operations support detachment, Status Report | 08/1988 | PRIORART00002178-PRIORART00002181 |

| Publication | Date | Document Identification |
|---|---|---|
| FORM:DRAFT 4.1 Reference Manual | 1986 | PRIORART00001791-PRIORART00002163 |
| Jim Heid, "Getting Started with CAD," MacWorld, pp. 185-198 | 08/1988 | PRIORART00001051-PRIORART00001066 |
| Jim Heid, "Getting Started with Macintosh Graphics," MacWorld, pp. 193-202 | 08/1987 | PRIORART00001007-PRIORART00001020 |
| "A Graphics Workhorse," MacWorld, pp. 157-58 | 01/1988 | PRIORART00001037-PRIORART00001040 |
| Graphist Paint II Manual | 1988 | PRIORART00004631-PRIORART00004779 |
| Randy George, "Hybrid Vector-Raster Mapping at US Sprint," Computer Graphics Review, pp. 69-71 | 09/1988 | PRIORART00002655-PRIORART00002658 |
| Erfert Nielson, "Insights on MacPaint," MacWorld, pp. 177-186 | 02/1987 | PRIORART00000995-PRIORART00001006 |
| Introducing CAD Overlay ESP | 1989 | PRIORART00003620 |
| Image Systems Technology Introduces CAD Overlay and a New Generation of Scanning Technology (news release) | 02/12/1988 | PRIORART00002164-PRIORART00002174 |
| LunaEdit Trademark Application | 04/18/1988 | PRIORART00004780-PRIORART00004806 |
| LunaLink Copyright | 1987 | PRIORART00003619 |
| LunaLink Copyright Registration | 04/21/1988 | PRIORART00004945-PRIORART00004996 |
| LunaLink Trademark Application | 04/18/1988 | PRIORART00004807-PRIORART00004832 |
| LunaSeries User Guide | 1988 | PRIORART00001086-PRIORART00001136 |

| Publication | Date | Document Identification |
|---|---|---|
| Erfert Nielson, "Mac Graphics Tools--Shedding Light on Cricket Draw's Undocumented Features For PostScript Graphics," MacWorld, pp. 217-225 | 08/1987 | PRIORART00004620-PRIORART00004630 |
| MacDraft User's Manual | 1985 | PRIORART00002210-PRIORART00002493 |
| MacDraft User's Manual Supplement For Version 1.2 | 1986 | PRIORART00002182-PRIORART00002209 |
| MacDraw II Version 1.0 Manual | 1988 | PRIORART00004223-PRIORART00004619 |
| MacDraw II Version 1.1 New Features Guide | 1989 | PRIORART00004164-PRIORART00004222 |
| MacPaint Version 2.0 Manual | 1987 | PRIORART00003018-PRIORART00003202 |
| MiniCad Version 2.0 Manual | 1986 | PRIORART00003364-PRIORART00003460 |
| MiniCad Version 3.0 Reference Manual | 1987 | PRIORART00003461-PRIORART00003618 |
| MiniCad Demo Manual | 1987 | PRIORART00002494-PRIORART00002534 |
| "Paint on the PC," Infoworld, pp. 55-80 | 12/05/1988 | PRIORART00002739-PRIORART00002764 |
| Keith Thompson, "Picture This Graphics Software for the MAC," Infoworld, pp. S7-S18 | 06/13/1988 | PRIORART00001021-PRIORART00001036  PRIORART00002765-PRIORART00002776 |
| Plan & Print Magazine | 03/1988-09/1988 | PRIORART00001772-PRIORART00001779 |
| "Rapid Raster Editing," Computer Graphics World, p. 30 | 06/1989 | PRIORART00001198-PRIORART00001199 |

| Publication | Date | Document Identification |
|---|---|---|
| "Christmas comes in July," MacWorld | 07/1988 | PRIORART00002175-PRIORART00002177 |
| Adrian Mello, "Rounding the Bezier Curve," MacWorld, pp. 148-151 | 05/1987 | PRIORART00003621-PRIORART00003626 |
| SuperPaint Version 1.0 Manual with Addendum | 1986 | PRIORART00002542-PRIORART00002651 |
| SuperPaint Version 2.0 User Manual for Macintosh | 1988 | PRIORART00003650-PRIORART00004127 |
| Erfert Nielson, "The PostScript Difference," MacWorld, pp. 138-145 | 01/1988 | PRIORART00001041-PRIORART00001050 |
| The Rise & Fall of Canvas for MAC | 05/21/2007 | PRIORART00002652-PRIORART00002653 |
| Bob Godgart, "Tricking AutoCAD with CAD Overlay," MicroCAD News, p. 22 | 03/1988 | PRIORART00002654 |
| John W. Peterson et al., "The Utah Raster Toolkit" | 1986 | PRIORART00002726-PRIORART00002738 |
| AISI advertisement for LunaSeries Software | 1988 | AIG000003, AIG000005 |
| Automatic Raster to Vector Conversion Using a PC, Announced Today at Autofact | 05/1988 | AIG000007 |
| The LunaSeries Solution … Objective | | AIG000008-AIG000010 |
| The Most Cost Efficient Solution Available for Non-CAD Drawings in a CAD Environment, American Imaging Services, Inc. | | AIG000011-AIG000045 |
| LunaSeries brochure | 1989 | AIG000097-AIG000108 |
| Manual Drawing and a CAD System, Industry Week, p. 84 | 06/1989 | AIG000113 |

| Publication | Date | Document Identification |
|---|---|---|
| The Expanding World of Computer Software -- Bring Drawings Into Your CAD Database, Chemical Engineering, pp. 113-114 | 08/1989 | AIG000114-AIG000115 |
| Moving Paper Drawings into the CAD Future, Manufacturing Systems, pp. 49-50 | 07/1989 | AIG000116-AIG000117 |
| David Cohn, Converting Paper to CAD, CADalyst, pp. 39-43 | 07/1989 | AIG000698-AIG000702 |
| LunaSeries Demonstration IBM CAD General Electric Aircraft Engine | 10/30/1989 | AIG000705-AIG000712 |
| AISI LunaSeries invoices and sales rders | 1988, 1989 | AIG001143-AIG001145, AIG000713-AIG001730, AISI0000908-AISI0000924 |
| Letter from Phyllis R. Anderson to William Opincar | 12/02/1988 | AIG000860 |
| Plant Records Updated with Computer Graphics | 05/01/1986 | AISREM1807-AISREM1809 |
| Samuel Leinhardt, "Engineering Systems: The Raster - Vector Connection," INFORM, pp. 22-24 | 03/1988 | AISREM1810-AISREM1812, IN000001-IN000003 |
| Is a Standard Format Possible for Engineering Data? | 10/1988 | AISREM1813-AISREM1816 |
| MacDraw II | 12/1988 | AISREM1819-AISREM1821 |
| Advanced Engineering Drawing Systems-The need for Efficient Digital Drawing Capture and Storage | 08/1986 | AISREM1822-AISREM1828 |
| New View for CAD - Scanning and Revision of  Engineering Drawings | 08/1986 | AISREM1829-AISREM1832 |
| Architectural CAD: A Ten Year Assessment of the State of the Art | 06/1989 | AISREM1833-AISREM1836, INT0008314-INT0008317 |
| Myths & Realities of the Third-Party World | 09/1988 | AISREM2314-AISREM2319 |

| Publication | Date | Document Identification |
|---|---|---|
| Computer Aided Design Report | 05/1988 | AISREM2320-AISREM2322 |
| CADalyst, The Journal for AutoCAD Users: Why Not Get the Most for Your Money?; A/E/C Systems '88, Choices of Computers, Computers of Choice (Vol. 5, No. 5) | 06/1988 | AISREM2323-AISREM2335 |
| Sippl, Computer Dictionary, pp. 393, 545 | 1986 | FW00391-FW00394 |
| Goodman, The Complete Hypercard Handbook, pp. 70, 194-195, 221, 271 | 1987 | FW00395-FW00401 |
| Medland et al., CAD/CAM in Practice, pp. 17-30, 72-74, 106 | 1986 | FW00402-FW00421 |
| Macintosh HyperCard User's Guide, 1988, pp. 124-150 | 1988 | FW00422-FW00450 |
| J.H. Morgenthaler and J.C. Sergneri, "New Capabilities from AutoCAD," AutoCAD Conference Proceedings, Vol. 2 | 1985-1986 | IN000016-IN000034 |
| Juli Cortino, "Artists, Animators Attracted by New Graphics Technology," MIS Week, p. 23 | 02/24/1986 | IN000091 |
| Michael Antebi, "Software Weds Paint, Draw Features for a Bargain Price," InfoWorld, p. 56 | 04/13/1987 | IN000092-IN000094 |
| Jim Forbes, "Mac Releases Put Heat on Microsoft to Boost New Word; Apple Reveals Plan for Better Color, Mac Processor," PC Week, p.6 | 05/03/1988 | IN000095-IN000096 |
| Adrian Mello, "Paint Roundup," MacWorld, p. 150 | 09/1988 | IN000097-IN000105 |
| Tom Thompson, "Industrial Strength Graphics," Byte, p. 219 | 06/1989 | IN000106 |
| Salvatore Parascandolo,"Graphically Speaking," MacUser, p. 233 | 01/1989 | IN000107 |

| Publication | Date | Document Identification |
|---|---|---|
| Erik Sandberg-Diment, "A Faster Way to Paint," New York Times, p. 25 | 05/05/1987 | IN000108 |
| Steve McKinstry, "Draw, Pardner-Eight Object Drawing Programs Lay Their Cards on the Table," MacWor1d, pp. 140-147 | 08/1989 | IN000109-IN000116 |
| Erfert Fenton, "SuperPaint 2.0," MacWorld, p. 168 | 08/1989 | IN000117-IN000118 |
| Clay Andres, "Tools of the Drawing Trade," MacWeek, p. 44 | 08/02/1988 | IN000119-IN000121 |
| Robert C. Eckhardt, "Paint Jobs-Testing the Limits of Four Macintosh Paint Programs," Publish!, pp. 76-81 | 03/1987 | IN000122-IN000127 |
| Jiri Weiss, "The Mac's Just Half of the Equation," p. 26 | 09/06/1988 | IN000128 |
| Silicon Beach Software, Inc., "SuperPaint Bundled with MS Word, File," MacWeek, p. 6 | 09/27/1988 | IN000129 |
| Keith Thompson, "SuperPaint," InfoWorld, p. 14 | 06/13/1988 | IN000130-IN000132 |
| Carlos Domingo Martinez, "A Tale of Two Palettes," MacUser, p. 156 | 09/1987 | IN000133-IN000138 |
| "Vector Versus Raster: A Functional Comparison of Drawing Technologies," IEEE Computer Graphics and Applications, pp. 68-80 | 09/1990 | IN000155-IN000167 |
| "Vector and Raster Hidden-Surface Removal Using Parallel Connected Stripes," IEEE Computer Graphics and Applications | 07/1987 | IN000168-IN000177 |
| Peter J., Shaw, "Architecture for Combined Vector/Raster Graphics," Mini-Micro Systems, Vol. 13, pp. 105, 108-110, 112 | 12/1980 | IN000302-IN000306 |

| Publication | Date | Document Identification |
|---|---|---|
| Scott Tilley & Stephen L. Sperry, "Raster and Vector Integration," Computer Graphics World, p. 73 | 08/1988 | IN000307-IN000309 |
| Silicon Beach Software, Inc., "Silicon Beach Introduces Image-Processing Pack, Upgrades," Computer Reseller News, p. 85 | 02/08/1988 | IN000344-IN000345 |
| Optigraphics Introduces Raster Drafting Workstation | 06/05/1989 | IN000346-IN000347 |
| "Optigraphics Announces the 3100 Series-- A New Generation of Scanning and Conversion Systems" | 10/31/1988 | IN000348-IN000349 |
| "Raster Functionality for a VDI" | 07/27/1985 | IN000350-IN000372 |
| SuperPaint Version 1.1 Manual | 1987 | IN001603-IN001718 |
| SuperPaint Version 2.0 Manual | 1988 | IN001719-IN002196 |
| Larry L. Krummel, "The Iterative Nature of Technical Publishing," Computer Graphics World, pp. 83-84 | 06/1983 | IN002644-IN002645 |
| K. Ramachandran, Coding Method for Vector Representation of Engineering Drawings, Proceedings of the IEEE, Vol. 68, No. 7, pp. 813-817 | 07/1980 | IN002646-IN002650 |
| Samuel Leinhardt, Engineering Systems: The Raster-Vector Connection, Formtek | 03/1988 | IN002651-IN002653 |
| W. Wayne Black, AutoCAD/Image: From Paper Documents to CAD Files, Industrial Vision Systems (AUTOCADCON Proceedings, Vol. 2) | | IN002654-IN002665 |
| J.H. Morgenthaler and J.C. Sergneri, New Capabilities from AutoCAD, Autodesk, Inc. (AUTOCADCON Proceedings, Vol. 2) | 1985-1986 | IN002666-IN002684 |

| Publication | Date | Document Identification |
|---|---|---|
| Interactive Graphics Design Software (lGDS) User's Guide | 01/01/1985 | IN002685-IN003303 |
| IGDS (8.8) Application Software Interface Document | 01/1985 | IN003304-IN004004 |
| MicroStation PC Registration Card and Warranty | 07/1988 | IN004005-IN004011 |
| MicroStation PC Version 3.3 Upgrade Release Notes | 07/1988 | IN004012-IN004035 |
| MicroStation PC Hardware Compatibility Guide | 07/1988 | IN004036-IN004056 |
| MicroStation PC Installation and Configuration Guide | 07/1988 | IN004057-IN004134 |
| MicroStation PC User's Guide | 07/1988 | IN004135-IN004539 |
| MicroStation PC Reference Guide Vol. 1 | 07/1988 | IN004984-IN005423 |
| MicroStation PC Notice to Purchaser | 07/1988 | IN005424 |
| Frank P. Lewandowski, "Automated Publications," Microactive Systems, Proceedings of the 24th Annual Conference and Exposition, pp. 180-181 | 1975 | IN005443-IN005445 |
| Charles M. Eastman, "New View for CAD," Journal of Information Image Management, pp. 14-17 | 08/1986 | IN012098-IN012101 |
| Richard N. Stover, "Advanced Engineering Drawing Systems," Journal of Information & lmage Management, pp. 10-13, 23, 44-45 | 08/1986 | IN012102-IN012108 |
| Paul Tuten, "Claris CAD," Byte, pp. 209-210 | 06/1989 | IN012109-IN012111 |
| Rusel DeMaria, "MacDraw II," Byte, pp. 231-232 | 12/1988 | IN012112-IN012115 |
| Frank Addamo, "CAD Conversion and | 12/1987 | IN012116-IN012119 |

| Publication | Date | Document Identification |
|---|---|---|
| Automated Document Scanning," INFORM, pp.19, 26 | | |
| Charles M. Eastman, "Architectural CAD: A Ten Year Assessment of the State of the Art," Computer Aided Design, pp. 289-292 | 06/1989 | IN012120-IN012123 |
| C. Eastman, A. Butkus, D. Hampton, M. Frenchek, "Plant Records Updated With Computer Graphics," Telephone Engineer & Management, pp. 115-118 | 05/01/1986 | IN012124-IN012126 |
| Robert Mills, "Engineering Scanners Improve Their Image," Computer-Aided Engineering, pp. 96-102 | 12/1989 | IN012127-IN012132 |
| Gerald E. Jones, Scott Foresman and Company, AutoCAD Applications, pp. 217-218 | 1989 | IN012133-IN012136 |
| Al Williams, "DOS and Windows Protected Mode, Programming With DOS Extenders in C" | 1993 | IN012137-IN012140 |
| Microsoft Press, Peter Norton Programmer's Guide to the IBM PC | 1985 | IN012141-IN012159 |
| CAD Overlay 1.1 | 02/15/1988 | IST00001 |
| CAD Overlay source code | 12/21/1987, 09/01/1988 | IST00002, IST00002.001-IST00002.163 |
| CAD Overlay Demo Kit | 1988 | IST00003-IST00005 |
| Tricking AutoCAD with CAD Overlay, MicroCAD News | 03/1988 | IST00006 |
| Image Systems Technology Introduces CAD Overlay and New Generation of Scanning Technology | 02/12/1988 | IST00007-IST00009 |
| CAD Overlay Offer | 06/25/1988 | IST00010 |

| Publication | Date | Document Identification |
|---|---|---|
| Godgart Cuts Financial Ties to Old Backer, Launches New Firm | 02/1988 | IST00011 |
| See What CAD's Been Missing … Discover the New Generation of Scanning Technology | 1988 | IST00012, IST00469 |
| Plan & Print (cover page and CAD Overlay ad) | 06/1989 | IST00013-IST00014 |
| Conversion From Paper to CAD Just Got Easier (CAD Overlay) | 10/1988 | IST00015-IST00020 |
| Introducing CAD Overlay ESP | 1989 | IST00021-IST00022 |
| Special Report | 03/1989 | IST00023 |
| CAD Overlay Marketing/Promotion Materials | 1988-1989 | IST00024-IST00028 |
| CAD Overlay Manual: Rasterware Installation Guide | 1993 | IST00029-IST00146 |
| CAD Overlay ESP: Reference Manual | 1993 | IST00147-IST00442 |
| CAD Overlay Manual: Rasterware | 1993 | IST00443-IST00456 |
| CAD Overlay ESP: Version 4.0 for Windows, Hybrid Plotting Module, Rubber Sheet Utility, Release Notes | 1994 | IST00457-IST00464 |
| CAD Overlay: Rubber Sheet Utility Tips & Tricks | 02/1994 | IST00465 |
| CAD Overlay ESP: Rasterware Specifications | 11/1993 | IST00466-IST00467 |
| CAD Overlay ESP: Rasterware Product Line | 10/1993 | IST00468 |
| Ideal is the #1 Source for Scanners | 11/1988 | IST00470 |
| Image Systems: CAD Overlay ESP | 02/1991 | IST00471 |
| David Chassin, A Three Dimensional | 11/13/1986 | IST00528-IST00529 |

| Publication | Date | Document Identification |
|---|---|---|
| Reconstruction System for Architectural Perspectives (Thesis Proposal) | | |
| David Chassin, A Three Dimensional Reconstruction System for Architectural Perspectives (Thesis Proposal) | 05/20/1987 | IST00530-IST00531 |
| Luna Sales Analysis | 1988-1989 | AISI0012158-AISI0012163 |
| Memorandum re operational overview of CAD Overlay | 6/23/1988 | AISI0013832-AISI0013833, RS0000071-RS0000074 |
| Screen shots of AISI's Luna product inspection | | PRIORART00012497-PRIORART00012525 |
| A/E/C Systems Trade Show, Official Program | 05/1988 | INT024410-INT024415 |
| May 14, 1998 Video Declaration of William Snider Demonstrating SuperPaint | | AISI0004495 |
| April 14, 2011 Supplemental Video Declaration of William Snider Demonstrating SuperPaint | | Autodesk App. 351 |
| A/E/C Systems '88, by David S. Cohn, CADalyst, Vol. 5, No. 5, pp. 27-31 | 1988 | AISREM2327-AISREM2331 |
| CAD Overlay Self Running Demo Code (Title - B:\CadoVL\Demo\Acad.LSP) | 03/28/1988 | AISI0014039-AISI0014097 |
| July 31, 2003 Declaration of Robert Godgart | | Autodesk App. 1619-App. 1622 |
| "Linking CAD to the Past!," "A Product of Our Experience," "Zoom Your Old Drawings into CAD Efficiency!," "Engineering Achievement Award" | 05/1988 | INT014711-INT014716 |
| "Getting Started with Macintosh Graphics" by Jim Heid, MacWorld; Excerpt of CAD Overlay Ver. 1.11 documentation- "2.2 Software Requirements" | 1987, 1988 | AISI0013826-AISI0013833 |

| Publication | Date | Document Identification |
|---|---|---|
| CAD Overlay Features | 03/17/1988 | PRIORART00012435 |
| CAD Overlay Help File | 03/11/1988 | PRIORART00012426 |
| Image Coordinate Systems website | | PRIORART00012518-PRIORART00012519 |
| January 21, 1999 AISI's Supplemental Memorandum in Reply Regarding *Pfaff v. Wells Electronics, Inc.* | | Autodesk App. 484-App. 532 |
| Luna Tutorial | 02/1989 | PRIORART00012427-PRIORART00012434 |
| Luna Project Specification Sheet | 11/13/1987 | AISI0000247-AISI0000255 |
| May 10, 2011 Declaration of William H. Snider re SuperPaint | | PRIORART00012491-PRIORART00012493 |
| May 10, 2011 Declaration of Jorge Miranda re Canvas | | PRIORART00012494-PRIORART00012496 |

## IV.       PRIORART DEVICES, THINGS, AND WORK OF OTHERS

| Name | Date |
|---|---|
| CAD Overlay | 04/1988 |
| FORM:DRAFT | 1986 |
| LunaLink | 03/15/1988, 05/1988 |
| LunaEdit | 09/1988, 11/29/1988 |
| AutoCAD Release 9 | 01/1988 |
| AutoCAD for Macintosh | 05/1988 |
| AutoCAD 2.5 | 08/1986 |
| AutoCAD 2.6 | 04/1987 |
| AutoCAD Release 10 | 10/1988 |

| Name | Date |
|------|------|
| SuperPaint 1.0 | 1986 |
| SuperPaint 1.1 | 1987 |
| SuperPaint 2.0 | 1989 |
| Canvas 1.02 | 1987 |
| Canvas 2.0 | 1988 |
| MiniCad 2.0 | 1986 |
| MiniCad 3.0 | 1987 |
| MiniCad 3.3 | 1987 |
| MacDraft | 1986 |
| CricketDraw | 10/10/1987 |
| Draw It Again, Sam | 1987 |
| Adobe Illustrator '88 | 1988 |
| MacPaint | 03/1988 |
| MacDraw II | 04/1989 |

## V.      WITNESSES

The following individuals may be relied upon as a prior named inventor or as having prior knowledge of or as having previously used or offered for sale the claimed subject matter of the patent-in-suit.  Their last known addresses are given.

Paul Bennett
10 Winged Foot Way
Columbine Valley, CO  80123

Robert Briggs
2214 May Street
Pittsburgh, PA 15235

David Chassin
Battelle, Pacific Northwest National Laboratory
902 Battelle Boulevard, Mail Stop K1-67
Richland, WA  99352

Sean Flaherty
Nemetschek Vectorworks, Inc.
7150 Riverwood Drive
Columbia, MD 21046

Robert L. Godgart
96 Thompson Hill Road
Rensselear, NY  12144

Wylie McDonald
4217 Cassandra Lane
Plano, TX  75093

Jorge Miranda
329 Ridgewood Road
Coral Gables, FL  33133

Abhijit Oak
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA  94903

William Opincar
4039 Cobblers Lane
Dallas, TX  75287

Ronald Paolucci
3830 South Atchison Way, Unit B
Aurora, CO  80014-7390

William (Bill) Snider
4613 Isleta Ave.
San Diego, CA  92117

Alan Thurber
13963 Fillmore Street
Thorton, CO  80602

Dated:  March 15, 2013

*/s/ Jason Xu*
_____
E. Leon Carter

Texas State Bar No. 03914300
lcarter@carterstafford.com
J. Robert Arnett II
Texas State Bar No. 01332900
barnett@carterstafford.com
CARTER STAFFORD ARNETT HAMADA
  & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, TX  75206
Telephone:  (214) 550-8188
Facsimile:  (214) 550-8185

Jeannine Yoo Sano (*pro hac* vice)
jsano@whitecase.com
Eric E. Lancaster (*pro hac vice*)
elancaster@whitecase.com
Jason Xu (*pro hac vice*)
jxu@whitecase.com
James Gagen (*pro hac vice*)
jgagen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306-1209
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for AUTODESK, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served on all counsel of record via the Court's ECF/CM System on this 15th day of March, 2013.

*/s/ Jason Xu*

Jason Xu