**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUTODESK, INC.,<br><br>Defendant; | Civil Action No. 3:09-CV-733-M |
| AUTODESK, INC.,<br><br>Counterplaintiff,<br><br>v.<br><br>AMERICAN IMAGING SERVICES, INC.,<br><br>Counterdefendant. | |

**NOTICE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Defendant-Counterplaintiff Autodesk, Inc. hereby provides notice that Autodesk has made an offer of judgment to Counterdefendant William Opincar and Plaintiff-Counterdefendant American Imaging Services, Inc., which was served on their counsel of record, Paul V. Storm, by electronic mail on July 18, 2011.

Dated: March 25, 2013

*/S/ Jeannine Sano*

E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterstafford.com
J. Robert Arnett II
Texas State Bar No. 01332900

barnett@carterstafford.com
CARTER STAFFORD ARNETT HAMADA
& MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, TX 75206
Telephone: (214) 550-8188
Facsimile: (214) 550-8185

Jeannine Yoo Sano (*pro hac vice*)
jsano@whitecase.com
Eric E. Lancaster (*pro hac vice*)
elancaster@whitecase.com
Jason Xu (*pro hac vice)*
jxu@whitecase.com
James Gagen (*pro hac vice*)
jgagen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306-1209
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for AUTODESK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served on all counsel of record via the Court's ECF/CM System on this 25th day of March, 2013.

Dated: March 25, 2013

*/S/ Jeannine Sano*
Jeannine Sano