IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| AMERICAN IMAGING SERVICES, INC., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:09-CV-733-M |
| | § | |
| AUTODESK, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and the Court's Second Amended Patent Scheduling Order of March 5, 2013, Plaintiff American Imaging Services, Inc. provides the following list of witnesses that it expects to present and those that it may call if the need arises. For the bench trial, AISI identifies William Opincar and Paul V. Storm as probable witnesses and Tipton Cole as a possible witness.

| WITNESS | SUMMARY OF TESTIMONY | DEPOSED? | PROBABLE? POSSIBLE? EXPERT? RECORDS CUSTODIAN? |
| --- | --- | --- | --- |
| Paul Bennett | Mr. Bennett will testify about his work at AISI, his experience in the industry, the background and business of AISI in the late 1980s, and the invention of the patent-in-suit and/or the '393 Patent. Mr. Bennett's testimony will likely also address the prosecution of the patent-in-suit and the development of Luna Link and Luna Edit. | Yes | Probable |
| Tipton Cole | Mr. Cole will explain how the asserted claims of the patent-in-suit are infringed by AutoCAD 2011 and will address the validity of those claims, | Yes | Expert |

| WITNESS | SUMMARY OF TESTIMONY | DEPOSED? | PROBABLE? POSSIBLE? EXPERT? RECORDS CUSTODIAN? |
|---|---|---|---|
| | including an explanation of the prior art disclosures. | | |
| Joseph Gemini | Mr. Gemini will testify about the reasonable royalty that should be awarded to AISI as damages, including his reasoning for such an award/amount. | Yes | Expert |
| Wylie McDonald | Mr. McDonald will testify about his work at AISI, his experience in the industry, the background and business of AISI in the late 1980s, and the invention of the patent-in-suit and/or the '393 Patent.  Mr. McDonald's testimony will likely also address the prosecution of the patent-in-suit and the development of Luna Link and Luna Edit. | Yes | Probable |
| William Opincar | Mr. Opincar will testify about his work at AISI, his experience in the industry, the background and business of AISI from inception to present, the invention of the patent-in-suit and/or the '393 Patent.  Mr. Opincar's testimony will likely also address the prosecution of the patent-in-suit and the development of Luna Link and Luna Edit. | Yes | Probable |
| Vincent Ronald Paolucci | Mr. Paolucci will testify about his work at AISI, his experience in the industry, and the background and business of AISI in the late 1980s. Mr. Paolucci's testimony will likely also address the development of Luna Link and Luna Edit. | Yes | Probable |

| WITNESS | SUMMARY OF TESTIMONY | DEPOSED? | PROBABLE? POSSIBLE? EXPERT? RECORDS CUSTODIAN? |
|---|---|---|---|
| Corporate Representative of Autodesk | The corporate representative of Autodesk will testify about the operation of AutoCAD 2011, as well as Autodesk's marketing and financial information related to accused AutoCAD or related products. | Yes | Probable |
| Any other witness whom Autodesk presents | Unknown | Unknown | Probable |
| Karen Becker | Ms. Becker will testify about Autodesk's marketing of accused AutoCAD products | Yes | Possible |
| Abhijit Oak | Mr. Oak will testify about the operation of AutoCAD 2011. | Yes | Possible |
| Susan Pirri | Ms. Pirri will testify about sales/revenue for accused AutoCAD products. | Yes | Possible |
| Peter Southwood | Mr. Southwood will testify about using raster images with AutoCAD 2011. | Yes | Possible |
| Paul Storm (on unenforceability issues in the bifurcated trial only) | Mr. Storm will testify about the prosecution of the '393 Patent and the patent-in-suit. He is also expected to testify concerning document preservation and production as well as to address any evidence presented on the subject of laches. | Yes | Possible/Expert |
| Jennifer Toton | Ms. Toton will testify about Autodesk's marketing and sales of accused AutoCAD products. | Yes | Possible |

Dated:  April 1, 2013

/s/ Paul V. Storm
Paul V. Storm
  State Bar No. 19325350
  pvstorm@gardere.com
Sarah M. Paxson
  State Bar No. 24032826
  spaxson@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX  75201
214.999.3000
214.347.4667 (fax)

Jonathan T. Suder
State Bar No. 19463350
Todd I. Blumenfeld
State Bar No. 24067518
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817.334.0400
817.334.0401 (fax)
jts@fsclaw.com
blumenfeld@fsclaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically and served on counsel of record via CM/ECF on April 1, 2013.

/s/ Paul V. Storm
Paul V. Storm