# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant; <br><br>――――――――――――――――――― <br><br> AUTODESK, INC., <br><br> Counterplaintiff, <br><br> v. <br><br> AMERICAN IMAGING SERVICES, INC., <br><br> Counterdefendant. | Civil Action No. 3:09-CV-733-M |

## AUTODESK'S UPDATED EXHIBIT LIST

Defendant-Counterplaintiff Autodesk, Inc. hereby submits its Updated Exhibit List in response to supplemental exhibits identified by Plaintiff-Counterdefendant American Imaging Services, Inc. on April 8, 2013.  Exhibits that Autodesk expects to offer at trial are indicated in bold.  The remainder are exhibits that Autodesk may offer if the need arises.  Autodesk will update the set of marked exhibits to the Court's chambers placed in three-ring binders, including numbered tabs, each labeled with the style of the case, case number, name of the party, and volume number of the binder, and provide copies of the same to opposing counsel.

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 5 | Autodesk's Document Subpoena to Storm LLP dated 10/19/2009 | |
| 8 | Iron Mountain Transmittal Sheets dated 12/13/2004 | AISI0011926-AISI0011930 |
| 9 | Petition for Rehearing, AISI v. Intergraph Corp., dated 6/26/2000 (first page only) | INT0032534 |
| 10 | Letter from Paul Storm to Michael Milby, Clerk, U.S. District Court, dated 8/20/2003 | INT0034851-INT0034853 |
| 13 | Information Disclosure Statement dated 7/23/2004 | INT0032156-INT0032159 |
| 14 | Docket Report, AISI v. Intergraph Corp., U.S. District Court, Southern District of Texas, No. 4:97-cv-01394 | |
| 15 | AISI's Response to Autodesk's Counterclaims dated 12/11/2009 | |
| 16 | USPTO Office Action re Request for Withdrawal as Attorney dated 2/9/1993 | AISI0004802 |
| 17 | Intergraph 282 Notice dated 8/27/2003 | INT0025204-INT0025216 |
| 18 | Email from Dawn Hansen (on behalf of Jonathan Suder) to Jeannine Sano with index of boxes dated 9/24/2009 | |
| 19 | Letter from Tita Nguyen (Townsend) to Ralph Perry-Miller dated 11/11/2002 | AISI0009819-AISI0009822 |
| 20 | AISI's List of Persons with Knowledge of Relevant Facts dated 8/18/1997; AISI's Rule 26(a)(1) Initial Disclosures in AISI v. Intergraph Corp. dated 8/18/1997 | INT0030170-INT0030177 |
| 21 | AISI's Rule 26(a)(1) Initial Disclosures in AISI v. Autodesk, Inc. dated 10/16/2009 | |
| 22 | Declaration of Paul Bennett under 37 C.F.R. 1.131 dated 5/5/2006 | AISI0000244-AISI0000259 |
| 23 | Declaration of Wylie McDonald under 37 C.F.R. 1.131 dated 5/5/2006 | AISI0000535-AISI0000536 |
| 24 | Letter enclosing AISI's Answer to Carr's Complaint dated 4/30/2004 (pretrial order but no answer) | AISI0008242-AISI0008244 |
| 26 | Letter from William Opincar to Eos Deseminis [sic] dated 4/16/2001; fax from Eos de Feminis to William Opincar dated 4/16/2001 | AISI0004448-AISI0004449 |
| 27 | Letter from William Opincar to Tommy Steele (Intergraph) dated 3/22/1996 | INT0014709-INT0014710 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 28 | Letter from Guy Matthews to Jackie Day (Silicon Graphics) dated 12/18/1996 | AISI0009278-AISI0009279 |
| 30 | Photos of Eagle-Picher facility (Luna Road) when it closed in 1990 | AISI0008350-AISI0008355 |
| 31 | Photos of Luna software demonstration at Storm LLP's offices (screenshots) | |
| 32 | LunaLink Source Code Version 2.05 | AISI0001990-AISI0002192 |
| 33 | LunaEdit Source Code Version 3.01 | |
| 34 | LunaSeries Demonstration Disks | INT0015187-INT0015190 |
| 35 | LunaSeries User Guide | AISI0002673-AISI0002727 |
| 36 | Memorandum from William Opincar to Alan Thurber re schedule of hours for completion dated 12/6/1988 | INT0014689-INT0014693 |
| 37 | Letter from Helen Reynolds to Jeannine Sano with attachments dated 12/7/2009 | |
| 38 | Memorandum from Skipper McDonald to William Opincar dated 1/30/1989 | AISI0002666 |
| 39 | AISI LunaEdit Trademark Application dated 4/18/1988 | |
| 40 | AISI LunaLink Trademark Application dated 4/18/1988 | |
| 41 | Letter from William Opincar to David Hall dated 3/5/1990 | AISI0011347-AISI0011349 |
| 42 | Letter from William Opincar to Rick Theimann dated 3/22/1989 | AISI0011459 |
| 43 | AISI By-Laws as amended through 9/16/1987 | AISI0011051-AISI0011112 |
| 44 | AISI Board of Directors Meeting Agenda and Materials dated 9/16/1987 | AET0000024-AET0000050 |
| 46 | Handwritten notes re AISI payroll dated 12/9/1989 | AISI0010773-AISI0010774 |
| 47 | AISI Employee Telephone and Address List | AET0000079 |
| 48 | AISI's Disclosure of Asserted Claims and Infringement Contentions dated 10/29/2009 | |
| 49 | AISI Employment Contract with Wylie McDonald dated 1/8/1989 | INT0014843-INT0014850 |
| 51 | U.S. Patent No. RE40,384 (Opincar, et al.) issued 6/17/2008 | |
| 53 | Memorandum from William Opincar to Skipper McDonald dated 1/23/1989 | INT0014554-INT0014555 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 54 | "Eliminating Obstacles to the CAD Revolution" by William Opincar, Plan & Print, dated 6/1988 | INT0014818-INT0014821 |
| 55 | Memorandum from Skipper McDonald to William Opincar dated 1/19/1989 | INT0014552-INT0014553 |
| 56 | Handwritten notes re meeting with Maga and McDonald dated 1/4/1990 | AISI0011605-AISI0011612 |
| 57 | AISI Advertisements, "Linking CAD to the Past!", "A Product of Our Experience," "Zoom Your Old Drawings into CAD Efficiency!", "Engineering Achievement Award" | INT0014711-INT0014716 |
| 58 | Declaration and Power of Attorney for Patent Application of William Opincar, et al., stamped 10/4/1989 and signed 8/2/1989 | AISI0004680-AISI0004681 |
| 59 | Declaration of Wylie McDonald under 37 C.F.R. 1.131 dated 5/5/2006 | AISI0000535-AISI0000536 |
| 60 | Declaration of Paul Bennett under 37 C.F.R. 1.131 dated 5/5/2006 | AISI0000244-AISI0000259 |
| 61 | AISI's Objections and Responses to Intergraph's First Set of Interrogatories dated 12/8/1997 | AISI0027381-AISI0027395 |
| 62 | Subpoena to Produce Documents to Wylie McDonald dated 1/15/2010 | |
| 63 | Letter from Wylie McDonald to Jeannine Sano re subpoena dated 2/8/2010 | |
| 64 | AISI Invoices and Sales Order to Computerland dated 5/24/1988 | INT0015643-INT0015645 |
| 65 | Memorandum from Alan to Charles dated 7/14/1988 | INT0014656-INT0014658 |
| 66 | Memorandum from William Opincar to Alan Thurber dated 11/28/1988 | INT0014687-INT0014688 |
| 67 | Memorandum from William Opincar to Thurber, Paolucci, Coveney, Davis dated 12/30/1988 | INT0014706-INT0014707 |
| 68 | Memorandum from William Opincar to Thurber, Paolucci, Bennett, McDonald, Coveney dated 1/27/1989 | INT0014557-INT0014558 |
| 69 | Subpoena to Produce Documents to Ron Paolucci dated 1/15/2010 | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 71 | Invoice from Paul Bennett to Matthews, Joseph, Shaddox & Mason LLP dated 7/7/1998; letter from William Opincar to Paul Bennett enclosing check for expert witness services dated 11/30/1998 | AISI0013475-AISI0013477 |
| 73 | AISI's Proprietary Information Agreement with Paul Bennett dated 10/19/1987 | INT0015191-INT0015195 |
| 74 | AutoCAD LunaLink, LunaLibrarian, LunaEdit Software Revision History | INT0014537-INT0014540 |
| 75 | U.S. Patent No. 5,353,393 (Bennett, et al.) issued 10/4/1994 | |
| 76 | Letter from Timothy Donoughue to Kelley Keller dated 6/8/1998 | AISI0008536-AISI0008555 |
| 79 | Memorandum from Alan Thurber to William Opincar re development priorities dated 9/1/1988 | INT0026938-INT0026941 |
| 80 | Memorandum from Alan Thurber to Gary Evans (Cardis) dated 10/27/1988 | INT0014516 |
| 81 | Memorandum from William Opincar to Alan Thurber re software development meeting on 12/2/1988 and attaching summary of hours dated 12/6/1988 | INT0014689-INT0014693 |
| 82 | CAD Overlay User's Manual, AutoCAD Series, Version 2.0 revised 8/8/1988 | INT0006683-INT0006738 |
| 83 | Vodafone Fax from Paul Bennett to George Tompkins re Reissue Declaration dated 4/25/2006 | AISI0000821-AISI0000822 |
| 84 | Declaration of William Opincar under 37 C.F.R. 1.131 dated 5/5/2006 | AISI0000552-AISI0000567 |
| 85 | Subpoena to Testify at a Deposition in a Civil Action to Paul Bennett dated 1/15/2010 | |
| 86 | Subpoena to Produce Documents to Paul Bennett dated 1/15/2010 | |
| 87 | Luna Source Print | |
| 88 | AutoCAD Template | |
| 89 | LunaSeries advertising and explanatory materials | |
| 91 | AISI Letter from Alan Thurber, LunaSeries Product Manager, to LunaSeries Software Purchaser attaching LunaSeries Software Installation Updates Notes dated 6/1988 | |
| 92 | AISI Scanning Order (blank) | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 93 | **LunaSeries documentation - "How to Get Your Scans," Software License Agreement, other materials** | |
| 94 | Photos of ADI Kit and LunaSeries diskettes | |
| 95 | **[140-26] Exhibit ZZ (App. 1659-1663) - Memorandum from Ron Paolucci to Alan Thurber dated 6/23/1988+J132** | |
| 96 | **[180-3] (App 1826) Physical Exhibit - Video excerpt of AISI's 30(b)(6) Deposition dated 2/10/2011 that was shown at claim construction hearing** | |
| 97 | **[187-2] (App 406-407) - IEEE Computer Society Professional Calendar listing date of A/E/C Systems 88 Conference** | |
| 98 | **"Evaluation of Luna Link Software," NAVSEA CAD/CAM Operations Support Detachment Status Report, 8/1988** | **PRIORART00002178-PRIORART00002181** |
| 99 | **Plan & Print Magazine Covers** | **PRIORART00001772-PRIORART00001779** |
| 101 | **Autodesk AutoCAD 2011 - Questions and Answers** | |
| 105 | **Plan & Print Copyright** | |
| 106 | Defendant Wylie McDonald's Responses to AISI's First Set of Interrogatories in AISI v. Image Management Group, No. 91-15140 | |
| 108 | Defendant Wylie McDonald's Responses to Plaintiff's First Request for Production of Documents in AISI v. Image Management Group, No. 91-15140 | |
| 109 | Defendant Wylie McDonald's First Amended Original Answer and Original Counterclaim in AISI v. Image Management Group, No. 91-15140 | |
| 110 | Agreed Order Granting Injunction in AISI v. Image Management Group, No. 91-15140 | |
| 113 | Executed Compromise Settlement Agreement and Release between AISI and Image Management Group | |
| 119 | **Autodesk AutoCAD Raster Design 2010 - Questions and Answers** | |
| 124 | **Autodesk 2009 Trademarks, Patents, and Third-Party Software Credits and Attributions** | **ATDSK_AIS00102121-ATDSK_AIS00102131** |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 125 | Autodesk Non-Exclusive Patent License and Settlement Agreement with Disc Link Corporation, Product Activation Corporation, Data Innovation LLC, and Dr. Hark Chan signed 2/16/2007 (Autodesk) and 2/20/2007 (others) | ATDSK_AIS02863155-ATDSK_AIS02863180 |
| 130 | Reissue Patent Application for U.S. Patent No. RE40,384 (transmittal and all associated documents, 384 pages) dated 1/30/2004 | AISI0000013-AISI0000396 |
| 131 | AISI Sales Order to Computerland dated 5/24/1988; 15 letters from various customers to AISI expressing dissatisfaction with software from 1988/1989 | AISI0000908-AISI0000924 |
| 132 | SuperPaint Version 1.0 Addendum; SuperPaint Version 1.0 Manual | AISI0010055-AISI0010165 |
| 134 | CAD Overlay Self Running Demo Code (Title - B:\CadoVL\Demo\Acad.LSP) | AISI0014039-AISI0014097 |
| 135 | Memorandum from Ron Paolucci to Alan Thurber dated 6/23/1988; list of Issues for Discussion at 6/24/1988 staff meeting; List of Technical Issues from sales meeting dated 6/24/1988 | RS00000071-RS00000074 |
| 136 | Excerpts from "Getting Started with Macintosh Graphics" by Jim Heid, MacWorld, dated 8/1987; Excerpt of CAD Overlay Version 1.11 documentation - "2.2 Software Requirements"; memorandum re operational overview of CAD Overlay dated 6/23/1988 | AISI0013826-AISI0013833 |
| 137 | Official Program of A/E/C Systems '88 Convention with floor plan and list of exhibitors (1988) | INT0024410-INT0024415 |
| 138 | Memorandum from Alan Thurber to Ron Paolucci dated 2/2/1988; Preliminary Timetable for Luna Implementation dated 2/25/1988; check from AISI to Paul Bennett dated 3/15/1988; check from AISI to Vincent Paolucci dated 3/15/1988; handwritten and typed notes re LunaLibrarian dated 3/16/1988 | RS00000045-RS00000052 |
| 140 | Autodesk Developer Center - ADN Member Service Levels and Pricing | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 142 | File History for U.S. Patent No. 5,353,393 | AISI0004576-AISI0004837 |
| 143 | Memorandum on U.S. Patent No. 5,353,393 and Prior Art by Lowe, Price, LeBlanc & Becker (Israel Gopstein) dated 8/23/1995 | AISI0014345-AISI0014395 |
| 144 | Memorandum from Israel Gopstein to William Opincar re U.S. Patent No. 5,353,393 infringement opinion dated 3/22/1995 | AISI0014308-AISI0014344 |
| 147 | AISI's Objections and Responses to Autodesk's Fourth Set of Interrogatories (No. 7) dated 9/13/2010 | |
| 148 | Consent of Shareholder of Sunwest Trading Corp. dissolving Sunwest dated 12/21/1995; Sunwest Trading Corp. Director Consent dated 12/21/1995; Articles of Dissolution dated 12/26/1995; Assignment of U.S. Patent No. 5,353,393 from Sunwest to AISI dated 12/26/1995 | AISI0008848-AISI0008853 |
| 149 | Certification of Resolutions of the Board of Directors of Sunwest Trading Corp. dated 8/30/1996 | AISI0001298-AISI0001299 |
| 151 | "Show Report: A/E/C Systems '88" by David Cohn, CADalyst, vol. 5 no. 5 | AISREM2327-AISREM 2331 |
| 153 | Declaration of David Chassin in Support of Intergraph's Motion for Summary Judgment in AISI v. Intergraph Corp. dated 7/21/2003 (with exhibits) | INT0027495-INT0027502 |
| 154 | Declaration of Robert Godgart in Support of Intergraph's Motion for Summary Judgment in AISI v. Intergraph Corp. dated 6/26/2003 (with exhibits) | |
| 155 | Invalidity Claim Chart for U.S. Patent No. 5,353,393 | INT0027215-INT0027227 |
| 156 | Screen shots of LunaLink Version 2.31 | PRIORART00012111-PRIORART00012117 |
| 157 | Letter from William Opincar to David Maggio (Price Waterhouse) re sale of AISI and patents dated 5/1/1996 | AISI0013460-AISI0013461 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 158 | Fax from David Maggio and Chris Watson to William Opincar dated 7/3/1996 enclosing draft version of AISI Confidential Descriptive Memorandum by Price Waterhouse LLP and initial contact listing of potential acquirers | AISI0013425-AISI0013454 |
| 159 | AISI List of Identified Users of the Technology dated 8/28/1996 | AISI0013375-AISI0013387 |
| 160 | Letter from Jon Melzer (Price Waterhouse) to William Opincar confirming AISI's engagement of Price Waterhouse dated 5/15/1996 | AISI0013355-AISI0013360 |
| 161 | Letter from William Opincar to David Maggio (Price Waterhouse) with list of suspected companies dated 6/10/1996 | AISI0013418 |
| 162 | Memorandum from AISI to David Maggio (Price Waterhouse) re how the '393 patent has been protected dated 7/15/1996 | AISI0013459 |
| 163 | Letter from William Opincar to Chris Watson (Price Waterhouse) re Softdesk dated 7/22/1996 | AISI0013456-AISI0013457 |
| 166 | Handwritten notes dated 12/7/1989 | AISI0011387-AISI0011390 |
| 167 | Handwritten notes beginning "20,000 -> 20,000 on completion," undated | AISI0010797-AISI0010799 |
| 168 | Letter from David Hall (Eagle-Picher) to William Opincar stating "Eagle-Picher Industries will provide no further infusions of cash…" dated 1/8/1990 | AISI0011353 |
| 169 | Settlement Agreement and Complete and Permanent Release in AISI v. Eagle-Picher Industries, Inc. (No. 3:90-cv-1984-T) dated 12/9/1994 (with verifications and exhibits) | AISI0011511-AISI0011531 |
| 170 | Letter from A.W. Burgess (Burgess Company) to William Opincar (Sunwest Trading Corp.) re "Easy Read" on pertinent issues dated 2/16/1995 | AISI0013326-AISI0013343 |
| 171 | Letter from Ralph Perry-Miller to Allan and George Burgess (Burgess Company) re AISI tax returns for 1986-1988 dated 12/30/1994 | AISI0013303-AISI0013304 |
| 172 | Letter from William Opincar (Sunwest Trading) to Stan Blackwell defining scope of work dated 2/1/2002 | AISI0014004 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 173 | Assignment of U.S. Patent No. 5,353,393 from AISI to Sunwest dated 6/14/1994 | AISI0000008-AISI0000010 |
| 174 | Attorney Services Contract between AISI and Matthews and Associates LLP dated 8/1/1996; Contingent Fee Agreement between AISI and Friedman Suder & Cooke PC and Storm LLP dated 3/13/2009 (with firm information) | AISI0013803-AISI0013818 |
| 175 | AISI's First Amended Original Petition in AISI v. Image Management Group, Inc. | |
| 176 | Agreed Order of Dismissal in AISI v. Image Management Group, Inc. (No. 91-15140-K) dated 3/1/1993 | |
| 177 | Letter from William Opincar to Mike Glynn (American Institute of CPAs) dated 7/14/1999 | AISI0013419-AISI0013421 |
| 178 | Unanimous Written Consent of the Board of Directors of AISI and stock certificates dated 4/1/2010 | AISI0014994-AISI0015004 |
| 179 | Assorted Luna sales documents | |
| 180 | Assorted Luna sales documents | |
| 181 | Fax from Paul Bennett to Tim Donoughue attaching Bennett's notes on deposition transcript dated 6/29/1998 ("I did not invent CAD systems") | |
| 182 | [124-1] Declaration of Alan Thurber in Support of Autodesk's Motion for Summary Judgment dated 7/13/2011 | |
| 183 | Letters to AISI evaluating and returning Luna software | INT0030386-INT0030401 |
| 184 | AISI's Original Complaint in AISI v. Intergraph Corp. (with exhibits), U.S. District Court, Southern District of Texas, No. H-97-1394 | INT0026863-INT0026906 |
| 185 | AISI's Motion for Withdrawal of Attorney dated 10/17/2000 | INT0032444-INT0032448 |
| 186 | Intergraph's Notice Pursuant to 35 U.S.C. Section 282 dated 8/27/2003 | INT0026204-INT0026216 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 187 | Luna Librarian Specifications dated 4/12/1988; Letter from William Opincar to Paul Bennett dated 6/23/1988; Letter from Gary Buck to William Opincar dated 5/11/1988; Memo from William Opincar to Luna Sales Team dated 5/18/1988 | RS00000053-RS00000057 |
| 188 | AutoCAD LunaLink, LunaLibrarian, LunaEdit Software Revision History, memorandum from Alan Thurber to Paul Bennett dated 6/21/1988 | RS00000063-RS00000067 |
| 189 | Memorandum from Alan Thurber to Ron Paolucci dated 6/21/1988; memo from William Opincar to staff dated 6/22/1988+J200 | RS00000068-RS00000070 |
| 197 | Staff Meeting Agenda dated 6/24/1988 | RS00000075-RS00000079 |
| 198 | CAD Overlay Version 1.11 Manual, "2.2 Software Requirements" dated 3/1/1988 | AISI0013831 |
| 199 | Memorandum from William Opincar to Alan Thurber re LunaSeries dated 1/7/1989 | INT0014545-INT0014546 |
| 200 | LunaSeries Software Definition+J193 | INT0014677 |
| 201 | Cardinal Engineering AISI related documents | AIG01588-AIG01602 |
| 202 | Assorted AISI Dealer Agreements and invoices between AISI and CADSource and AISI and Financial Systems dated 6/17/1988 J226 | AIG01670-AIG01708 |
| 203 | Redacted letter from William Opincar to Guy Matthews re infringing companies dated 12/9/1997 | AISI0015005-AISI0015006 |
| 204 | Offer Letters to Sell Luna and AISI | INT0040510 |
| 205 | Plaintiff's Original Verified Petition and Requests for Disclosure in Carr v. AISI (with exhibits) | AISI0012059-AISI0012103 |
| 206 | LunaSeries Tutorial dated 7/25/2002 | PRIORART00012872-PRIORART00012879 |
| 207 | ScanSoft/Nuance - Amendment IV to OEM License Agreement dated 6/25/2009 | ATDSK_AIS00419623-ATDSK_AIS00419626 |
| 208 | U.S. Trademark No. 1,316,773 (AutoCAD) | |
| 209 | U.S. Trademark No. 1,316,772 (Autodesk) | |
| 210 | Bentley - Interoperability License Agreement dated 7/7/2008 | ATDSK_AIS02820554-ATDSK_AIS02840582 |
| 211 | Intel - Patent Cross License Agreement dated 9/20/1999 | ATDSK_AIS02866652-ATDSK_AIS02866663 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 212 | Autodesk Official Training Guide Essentials: Learning AutoCAD 2010, Vol. 1, 2009 | ATDSK_AIS00164862-ATDSK_AIS00165321 |
| 213 | Microsoft - Patent Cross License Agreement dated 12/14/2004 | ATDSK_AIS02866664-ATDSK_AIS02866672 |
| 214 | AutoCAD 9 Reference Manual dated 1/7/1988 | PRIORART00000519-985 |
| 215 | Image Systems Technology, "Everything You Never Wanted to Know About Plotting" | ATDSK_AIS00350006-ATDSK_AIS00350007 |
| 216 | Image Systems Technology, "Plotting-Related Files" | ATDSK_AIS00350008-ATDSK_AIS00350012 |
| 217 | AutoCAD Raster Design 2009 - Questions and Answers | ATDSK_AIS01772183-ATDSK_AIS01772196 |
| 218 | AutoCAD Raster Design 2010 - Questions and Answers | ATDSK_AIS00692487-ATDSK_AIS00692504 |
| 219 | AutoCAD Raster Design 2011 - Questions and Answers | |
| 220 | Softdesk AM/FM Utilities webpage as of 6/1/2011 | |
| 221 | Softdesk Building Design & Engineering webpage as of 6/1/2011 | |
| 222 | Softdesk Civil/Survey webpage as of 6/1/2011 | |
| 223 | Softdesk Financial Highlights 1993-1995 webpage as of 6/20/2011 | |
| 224 | Softdesk Home Improvement webpage as of 6/1/2011 | |
| 225 | Softdesk Imaging/Scanning webpage as of 6/1/2011 | |
| 226 | Softdesk Pro Series webpage as of 6/1/2011 | |
| 227 | Softdesk Process Piping webpage as of 6/1/2011 | |
| 228 | Softdesk Productivity webpage as of 6/1/2011 | |
| 229 | Raster Design Assessment Scope of Work | ATDSK_AIS01265761 |
| 230 | AutoCAD 2011 User's Guide dated 2/2010 | |
| 231 | Bill Snider video declaration in AISI v. Intergraph Corp. dated 5/4/1998 | AISI0004495 |
| 232 | Bill Snider supplemental video declaration dated 4/14/2011 | |
| 233 | SuperPaint Version 1.0 Addendum; SuperPaint Version 1.0 Manual | PRIORART00002542-PRIORART00002651 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| **234** | **Canvas 1.0 Manual, 1987** | **PRIORART00001329-PRIORART00001456** |
| **235** | **[139-6] Exhibit F (App. 326 - 335) - AISI v. Intergraph Corp., 2000 U.S. App. LEXIS 13949, dated 6/12/2000** | |
| **236** | **[140-15] Exhibit OO (App. 1373-1389) - "Picture This! Graphics Software for the Mac" by Keith Thompson dated 6/13/1988** | **PRIORART00001021-PRIORART00001036** |
| 237 | U.S. Patent No. 4,811,243 (Racine) issued 3/7/1989 | INT0040806-INT0040814 |
| **238** | **U.S. Patent No. 4,823,281 (Evangelisti et al.) issued 4/18/1989** | **INT0040815-INT0040831** |
| **239** | **U.S. Patent No. 4,843,569 (Sawada et al) issued 6/27/1989** | **INT0040877-INT0040886** |
| 240 | U.S. Patent No. 4,849,911 (Campian) issued 7/18/1989 | INT0040832-INT0040835 |
| **241** | **U.S. Patent No. 4,905,185 (Sakai) issued 2/27/1990** | **INT0040887-INT0040898** |
| 242 | U.S. Patent No. 4,914,607 (Takanashi et al.) issued 4/3/1990 | INT0040836-INT0040851 |
| 243 | U.S. Patent No. 4,933,878 (Guttag et al.) issued 6/12/1990 | INT0040852-INT0040876 |
| 244 | U.S. Patent No. 5,022,085 (Cok) issued 6/4/1991 | INT0041003-INT0041008 |
| 245 | U.S. Patent No. 5,034,901 (Kuwata et al.) issued 7/23/1991 | INT0041009-INT0041016 |
| 246 | U.S. Patent No. 5,060,171 (Steir et al.) issued 10/22/1991 | INT0041017-INT0041042 |
| 247 | U.S. Patent No. 5,067,087 (Seki et al.) issued 11/19/1991 | INT0041043-INT0041057 |
| 248 | U.S. Patent No. 5,125,074 (Labeaute et al.) issued 6/23/1992 | INT0041058-INT0041078 |
| 249 | U.S. Patent No. 5,101,436 (DeAguiar et al.) issued 03/31/1992 | |
| 250 | U.S. Patent No. 5,530,947 (Takasaki et al.) issued 6/25/1996 | |
| 251 | U.S. Patent No. 5,487,139 (Saylor et al.) issued 1/23/1996 | |
| 252 | U.S. Patent No. 4,623,280 (Stenemann) issued 11/18/1986 | |
| 253 | U.S. Patent No. 4,821,209 (Hempel et al.) issued 4/11/1989 | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 254 | U.S. Patent No. 4,780,712 (Itaya et al.) issued 10/25/1988 | |
| 255 | U.S. Patent No. 3,973,245 (Belser) issued 8/3/1976 | INT0007422-INT0007442 |
| 256 | U.S. Patent No. 4,375,654 (Evans et al.) issued 3/1/1983 | INT0007443-INT0007475 |
| 257 | U.S. Patent No. 4,435,792 (Bechtolsheim) issued 3/6/1984 | INT0007476-INT0007489 |
| 258 | U.S. Patent No. 4,451,895 (Sliwkowski) issued 5/29/1984 | INT0007490-INT0007503 |
| 259 | U.S. Patent No. 4,648,049 (Dines et al.) issued 3/3/1987 | INT0007504-INT0007519 |
| 260 | U.S. Patent No. 4,648,119 (Wingfield et al.) issued 3/3/1987 | INT0007520-INT0007529 |
| 261 | U.S. Patent No. 4,777,651 (McCann et al.) issued 10/11/1988 | INT0007530-INT0007590 |
| 262 | U.S. Patent No. 4,817,187 (Lien) issued 3/28/1989 | INT0007591-INT0007720 |
| 263 | U.S. Patent No. 4,882,683 (Rupp et al.) issued 11/21/1989 | INT0007721-INT0007802 |
| 264 | U.S. Patent No. 4,970,666 (Welsh et al.) issued 11/13/1990 | INT0007803-INT0007829 |
| 265 | U.S. Patent No. 4,975,853 (Shimizu et al.) issued 12/4/1990 | INT0007830-INT0007850 |
| 266 | G.B. Patent No. 2 245 129 A (Doornink et al.) issued 12/18/1991 | |
| **267** | **"Is a Standard Format Possible for Engineering Data? Not Yet Says Formtek" by Charles Eastman, INFORM, 10/1988** | **INT0006010-INT0006013** |
| **268** | **"Myths & Realities of the Third-Party World - CAFM Applications for AutoCAD Monitors: Color vs. Black & White" and advertisements, Architectural & Engineering Systems, 9/1988** | **INT0006036-INT0006041** |
| **269** | **Computer Aided Design Report, vol. 8 no. 5, 5/1988** | **INT0006042-INT0006044** |
| **270** | **"Choice of Computers, Computers of Choice" and "A/E/C Systems '88" by David Cohn, CADalyst, vol. 5 no. 5, 6/1988** | **INT0006045-INT0006057** |
| **271** | **"Evaluation of Luna Link Software," NAVSEA CAD/CAM Operations Support Detachment Status Report, 8/1988 (with "Received" stamp from Ruhter & Reynolds)** | **AISI0001639-AISI0001642** |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 272 | "SuperPaint 2.0" by Erfert Fenton, Macworld, 8/1989 | AISI0004452-AISI0004453 |
| 273 | "Architecture for Combined Vector/Raster Graphics" by Peter Shaw, Mini-Micro Systems, 12/1980 | INT0006744-INT0006748 |
| 274 | "The Iterative Nature of Technical Publishing" by Larry Krummel, Computer Graphics World, 6/1983 | INT0007851-INT0007852 |
| 275 | "Coding Method for Vector Representation of Engineering Drawings" by K. Ramachandran, Proceedings of the IEEE, vol. 68 no. 7, 7/1980 | INT0007853-INT0007857 |
| 276 | "Engineering Systems: The Raster-Vector Connection" by Samuel Leinhardt, INFORM, 3/1988 | INT0007858-INT0007860 |
| 277 | "AutoCAD/EMAGE: From Paper Documents to CAD Files" by W. Wayne Black, AUTOCADCON Proceedings | INT0007861-INT0007872 |
| 278 | "New Capabilities from AutoCAD" by John Morgenthaler and John Sergneri (Autodesk), AUTOCADCON Proceedings | INT0007873-INT0007891 |
| 279 | "New View for CAD: Scanning and Revision of Engineering Drawings" by Charles Eastman, Journal of Information & Image Management, 8/1986 | INT0008292-INT0008295 |
| 280 | "Advanced Engineering Drawing Systems" by Richard Stover, Journal of Information & Image Management, 8/1986 | INT0008296-INT0008302 |
| 281 | "Claris CAD" by Paul Tuten, Byte, 6/1989 | INT0008303-INT0008305 |
| 282 | "MacDraw II" by Rusel DeMaria, Byte, 12/1988 | INT0008306-INT0008309 |
| 283 | "CAD Conversion and Automated Document Scanning" by Frank Addamo, INFORM, 12/1987 | INT0008310-INT0008313 |
| 284 | "Architectural CAD: A Ten Year Assessment of the State of the Art" by Charles Eastman, Computer-Aided Design, 6/1989 | INT0008314-INT0008317 |
| 285 | "Plant Records Updated With Computer Graphics" by Charles Eastman et al., Telephone Engineer & Management dated 5/1/1986 | INT0008318-INT0008320 |
| 286 | CAD Overlay Source Code | INT0027517-INT0027679 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 287 | Letter from Robert Godgart to AutoCAD Dealers dated 6/25/1988 | INT0027478 |
| 288 | "See What CAD's Been Missing: Discover the New Generation of Scanning Technology," CAD Overlay advertisement, 1988 | INT0027480 |
| 289 | "The Best Scanning Service Bureaus Use CAD Overlay to Convert Their Clients' Existing Drawings into CAD," CAD Overlay advertisement, Plan & Print, 6/1989 | INT0027481-INT0027482 |
| 290 | "Conversion From Paper to CAD Just Got Easier" and "Inside CAD Overlay," Inside Images, 10/1988 | INT0027483-INT0027488 |
| 291 | "A Three Dimensional Reconstruction System for Architectural Perspectives," Thesis Proposal by David Chassin dated 5/20/1987 | INT0006741-INT0006742 |
| 292 | Adobe Illustrator | PRIORART00005003 |
| 293 | Adobe Illustrator User's Manual, 1987 | PRIORART00000258-PRIORART00000518 |
| 294 | "The CAD Comparison: Three Programs, Three Prices, Three Purposes - An Overview of CAD Software" by Chuck Carroll, Macworld, 11/1986 | PRIORART00000986-PRIORART00000994 |
| 295 | CAD Overlay 2.0 User's Manual dated 8/8/1988; "Image Systems CAD Overlay ESP," Cadalyst, 2/1991; "Ideal is the #1 Source for Scanners" advertisement, Cadence, 11/1988; "See What CAD's Been Missing" advertisement | PRIORART00001139-PRIORART00001197 |
| 296 | "Finish Technical Documentation Faster" advertisement (English), CAD/CAM, 1987; translation certification dated 12/11/2009 | PRIORART00003630-PRIORART00003631 |
| 297 | "Finish Technical Documentation Faster" advertisement (German) and magazine cover, CAD/CAM, 1987 | PRIORART00003627-PRIORART00003629 |
| 298 | Canvas 1.02 | PRIORART00004837 |
| 299 | "Canvas 2.0 Challenges MacDraw" by Robin Webster, MacWEEK dated 8/9/1988 | PRIORART00001137-PRIORART00001138 |
| 300 | Subpoena in a Civil Case to Stan Blackwell dated 7/26/2010 | |
| 301 | Letter from William Opincar to Stan Blackwell dated 2/1/2002 | AISI0014004 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 302 | Handwritten notes re Cad Overlay 1.1 | AISI0014110-AISI0014111 |
| 303 | LunaSeries Installation Update Notes Version 2.01 dated 7/14/1988 | AISI0013834-AISI0013850 |
| 304 | Canvas 2.0 Desk Accessory | PRIORART00004834 |
| 305 | Canvas 2.0 Reference Manual, 1988 | PRIORART00001200-PRIORART00001328 |
| 306 | Canvas 2.0 | PRIORART00004833 |
| 307 | Canvas 2.0 User Guide | PRIORART00001457-PRIORART00001768 |
| 308 | Canvas | PRIORART00004835 |
| 309 | Canvas DA Graphics Desk Accessory for the Macintosh | PRIORART00004836 |
| 310 | Claris MacPaint | PRIORART00004943-PRIORART00004944 |
| 311 | Claris CAD Tutorial Workbook, 1988 | PRIORART00004838-PRIORART00004941 |
| 312 | Claris MacDraw II | PRIORART00005001 |
| 313 | "Complementing CAD - Plotting with Ceramics - Pen Plotter Buyer's Guide" Plan & Print magazine cover and index listing article by William Opincar, 6/1988 | PRIORART00001769-PRIORART00001771 |
| 314 | Corel Draw Manual, 1988 | PRIORART00000001-PRIORART00000257 |
| 315 | Cricket Draw User's Manual, 10/1987 | PRIORART00002777-PRIORART00003017 |
| 316 | "Deneba Software Turns 15!; Graphics Software Pioneer Celebrates 15th Anniversary," Business Wire dated 1/12/2001 | PRIORART00001788-PRIORART00001790 |
| 317 | "Dot Graphic Image Processing - An Extension of Conventional CAD Technology" (German) by Dan Sommer, CAD-CAM Report, 9/1985; CAD-CAM Report publication information | PRIORART00003632-PRIORART00003640 |
| 318 | "Dot Graphic Image Processing - An Extension of Conventional CAD Technology" (English) by Dan Sommer, CAD-CAM Report, 9/1985; translation certificate dated 12/11/2009 | PRIORART00003641-PRIORART00003649 |
| 319 | Draw It Again, Sam Manual, 1987 | PRIORART00003203-PRIORART00003363 |
| 320 | Draw It Again, Sam Version 2.03 | PRIORART00004998-PRIORART00004999 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 321 | Form:Draft Reference Manual (Revision 4.1), 1986 | PRIORART00001791-PRIORART00002163 |
| 322 | "A Graphics Workhorse," review of Canvas 1.02 by Laurence Kirsh, Macworld, 1/1988 | PRIORART00001037-PRIORART00001040 |
| 323 | GraphistPaint II Manual | PRIORART00004631-PRIORART00004779 |
| 324 | "Hybrid Vector/Raster Mapping at US Sprint" by Randy George, Computer Graphics Review, 10/1988 | PRIORART00002655-PRIORART00002658 |
| 325 | "Insights on MacPaint: Improve your MacPaint Techniques 37 Ways" by Erfert Nielson, Macworld, 2/1987 | PRIORART00000995-PRIORART00001006 |
| 326 | "Introducing CAD Overlay ESP" advertisement, 1989 | PRIORART00003620 |
| 327 | "Image Systems Technology Introduces CAD Overlay and a New Generation of Scanning Technology," iTech (Image Systems Technology) News Release dated 2/12/1988 | PRIORART00002164-PRIORART00002174 |
| 328 | LunaLink Copyright, 1987 | PRIORART00003619 |
| 329 | LunaLink Copyright Registration, seal affixed 1/29/2010 | PRIORART00004945-PRIORART00004996 |
| 330 | "Mac Graphics Tools: Shedding Light on Cricket Draw's Undocumented Features for PostScript Graphics" by Erfert Nielson, Macworld, 8/1987 | PRIORART00004620-PRIORART00004630 |
| 331 | MacDraft User's Manual, 1985 | PRIORART00002210-PRIORART00002493 |
| 332 | MacDraft User's Manual Supplement for Version 1.2, 1986 | PRIORART00002182-PRIORART00002209 |
| 333 | Claris MacDraw II Manual, 1988 | PRIORART00004223-PRIORART00004619 |
| 334 | Claris MacDraw II Version 1.1 New Features Guide, 1989 | PRIORART00004164-PRIORART00004222 |
| 335 | Claris MacPaint Manual, 1987 | PRIORART00003018-PRIORART00003202 |
| 336 | MiniCad Version 2.0 Manual, 1986 | PRIORART00003364-PRIORART00003460 |
| 337 | MiniCad Version 3.0 2D Reference Manual, 1987 | PRIORART00003461-PRIORART00003618 |
| 338 | MiniCad Demo Manual, 1987 | PRIORART00002494-PRIORART00002534 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 339 | MiniCad screenshot | PRIORART00005004 |
| 340 | "Rapid Raster Editing" by Gary Pfitzer, Computer Graphics World, 6/1989 | PRIORART00001198-PRIORART00001199 |
| 341 | "Rounding the Bezier Curve" by Adrian Mello, Macworld, 5/1987 | PRIORART00003621-PRIORART00003626 |
| 342 | "Christmas in July? Registered Users Receive Canvas 2.0" advertisement, Macworld, 7/1988 | PRIORART00002175-PRIORART00002177 |
| 343 | SuperPaint 2.0 User Manual for Macintosh, 1988 | PRIORART00003650-PRIORART00004127 |
| 344 | "The PostScript Difference" by Erfert Nielson, Macworld, 1/1988 | PRIORART00001041-PRIORART00001050 |
| 345 | "The Rise and Fall of Canvas for Mac" CNET Reviews dated 5/21/2007 | PRIORART00002652-PRIORART00002653 |
| 346 | "Tricking AutoCAD with CAD Overlay" by Robert Godgart, MicroCAD News, 3/1988 | PRIORART00002654 |
| 347 | U.S. Patent No. 4,442,495 (Sukonick) issued 4/10/1984 | PRIORART00002659-PRIORART00002688 |
| 348 | U.S. Patent No. 4,549,275 (Sukonick) issued 10/22/1985 | PRIORART00002689-PRIORART00002701 |
| 349 | U.S. Patent No. 4,631,532 (Grothe) issued 12/23/1986 | PRIORART00002702-PRIORART00002714 |
| 350 | U.S. Patent No. 4,748,442 (Allaire) issued 5/31/1988 | PRIORART00002715-PRIORART00002725 |
| 351 | "The Utah Raster Toolkit" by John Peterson et al., originally presented at the 3rd Usenix Workshop on Graphics, 11/1986 | PRIORART00002726-PRIORART00002738 |
| 352 | Affidavit of Robert Briggs in Support of Intergraph's Supplemental Motion for Summary Judgment (with exhibits) in AISI v. Intergraph Corp. dated 10/28/1998 | |
| 353 | Excerpts from The Complete HyperCard Handbook by Danny Goodman, 1987 | |
| 354 | SuperPaint Version 1.1 Manual (with SuperPaint Version 2.0 Manual appended) | IN001603-IN002196 |
| 355 | Assorted letters, sales orders and invoices relating to Luna | |
| 356 | Assorted letters, sales orders and invoices relating to Luna | |
| 357 | Assorted letters, sales orders and invoices relating to Luna | |
| 358 | LunaSeries invoices and sales orders | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 359 | LunaSeries invoices and sales orders | |
| 360 | LunaSeries invoices and sales orders | |
| 361 | LunaSeries invoices and sales orders; assorted letters | |
| 362 | LunaLink sales order for Linear Corp. dated 9/28/1988 | |
| 363 | LunaSeries invoices and letters returning software | |
| 364 | Letter from William Opincar to Robert Berry dated 7/19/1988 | |
| 365 | LunaSeries invoices and sales orders; assorted documents | |
| 366 | LunaSeries invoices and sales orders; assorted documents | |
| 367 | LunaSeries invoices, sales orders, return shipping labels, assorted documents | |
| 368 | LunaSeries invoices; assorted documents | |
| 369 | LunaLink invoices and assorted documents | |
| 370 | LunaLink documents (invoices, sales orders, letters, shipping labels) | |
| 371 | LunaLink documents (invoices, sales orders, letters, shipping labels) | |
| 372 | LunaLink documents (invoices, sales orders, letters, shipping labels) | |
| 373 | LunaLink documents | |
| 374 | "A Three Dimensional Reconstruction System for Architectural Perspectives," Thesis Proposal by David Chassin dated 11/13/1986 | IST00528-IST00529 |
| 375 | CAD Overlay Version 1.21 | INT0032153 |
| 376 | Declaration of William Snider in Support of Intergraph's Motion for Summary Judgment of Invalidity in AISI v. Intergraph Corp. dated 5/21/1998 | INT0034139-INT0034143 |
| 377 | Letter from Robert Briggs to Kelley Keller (Susman Godfrey) dated 8/20/1998 | INT0033520-INT0033524 |
| 378 | Intergraph's Designation of Expert Witnesses (with enclosures for witnesses) in AISI v. Intergraph Corp. dated 8/20/1998 | INT0033517-INT0033961 |
| 379 | Luna Sales Analysis by Customer Name (invoice chart) | AISI0012158-AISI0012163 |
| 380 | CAD Overlay Features dated 3/17/1988 | PRIORART00012880 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 381 | CAD Overlay Help file dated 3/11/1988 | PRIORART00012871 |
| 382 | [139-13] Exhibit M (App. 484-532) - AISI's Supplemental Memorandum in Reply regarding Pfaff v. Wells Electronics, Inc. in AISI v. Intergraph Corp. | |
| 383 | Letter from Udo Pooch to Daniel Furniss dated 8/17/1998 | AISI0010615-AISI0010618 |
| 384 | "Image Coordinate Systems" (downloaded 5/16/2011) | PRIORART00012963-PRIORART00012964 |
| 385 | Autodesk's Third Supplemental Response to AISI's Interrogatory No. 11 dated 1/8/2013 | |
| 386 | Softdesk, Inc. 1994 10-K Form received by SEC 3/29/1995 | |
| 387 | Softdesk, Inc. 8-K Form received by SEC 6/8/1994 | |
| 388 | Softdesk, Inc. 8-K Form dated 12/10/1996, filed 12/12/1996 | |
| 389 | Softdesk, Inc. 1995 10-K Form filed 5/24/1996 | |
| 390 | Z4 - Settlement Agreement dated 12/20/2006 | ATDSK_AIS02933446-ATDSK_AIS02933454 |
| 391 | IBM - License Agreement No. L993746 (with attachments) dated 1/3/2000 | ATDSK_AIS02863181-ATDSK_AIS02863205 |
| 392 | BetaNet LLC - Settlement and License Agreement dated 5/14/2010 | ATDSK_AIS02933612-ATDSK_AIS02933620 |
| 393 | "Raster Design - What's Next?" presentation, Autodesk Geospatial | ATDSK_AIS00593637-ATDSK_AIS00593658 |
| 394 | Email from Andrew Mackles to Gary Stephenson re final report dated 9/10/2007 | ATDSK_AIS00917335-ATDSK_AIS00917336 |
| 395 | "Autodesk to Buy Softdesk," CNET News dated 12/10/1996 | ATDSK_AIS02866697-ATDSK_AIS02866698 |
| 396 | Softdesk Balance Sheet, 1994-1995 | |
| 397 | Email from Shawn Gilmour to Jose Santos dated 5/5/2010 | ATDSK_AIS02933457-ATDSK_AIS02933459 |
| 398 | Cricket Draw | PRIORART00004997 |
| 399 | "Getting Started with Macintosh Graphics" by Jim Heid, Macworld, 8/1987 (complete article) | PRIORART00001007-PRIORART00001020 |
| 400 | LunaEdit Trademark Application dated 4/18/1988 | PRIORART00004780-PRIORART00004806 |
| 401 | MacDraft Program, Start Up, and 800k | PRIORART00005000 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 402 | **SuperPaint 1.0, 1.1, 2.0** | **PRIORART00005002** |
| 403 | **Fax from Paul Bennett to Tim Donoughue attaching Deposition Acknowledgment dated 6/30/1998 (with received stamp)** | |
| 404 | **Declaration of Daniel Furniss in Support of Intergraph's Motion for Summary Judgment in AISI v. Intergraph Corp. dated 5/21/1998** | **INT0035805- INT0035806** |
| 405 | **VHS cassette containing Declaration of William Snider, recorded by Townsend** | **AISI0004495** |
| 406 | **AutoCAD 10 Installation & Performance Guide dated 9/21/1988** | **AISI0013825** |
| 407 | **AutoCAD 10 Reference Manual, 1989** | **AISI0013824** |
| 408 | **AutoCAD 2011 Installation Guide, 2/2010** | |
| 409 | **AutoCAD 2011 Trademark and Copyright Information, 2010** | |
| 410 | **Autodesk Code of Business Conduct** | |
| 411 | **Autodesk Guidelines for Safekeeping of Source Code dated 4/4/2004** | **ATDSK_AIS01584089- ATDSK_AIS01584093** |
| 412 | **Autodesk Legal Notices & Trademarks - Notice and Procedure for Making Claims of Copyright Infringement** | |
| 413 | **Autodesk Legal Notices & Trademarks - Guidelines for Use** | |
| 414 | Super Art with SuperPaint 3.5 by Evelyn Alemanni | AISI00013820 |
| 415 | **Letter from George Patrick (Vidar Systems Corp.) to William Opincar dated 5/9/1988** | **INT0039910** |
| 416 | **Letter from Ken Evans (Cardis) to Thomas Petry (Eagle-Picher) dated 12/18/1989** | **INT0037805-INT0037808** |
| 417 | **Letter from Mark Boyle (Eagle-Picher) to Charles Read dated 1/25/1990** | **AISI0011178** |
| 418 | **Letter from Richard Bolton to William Opincar dated 9/5/1989** | **AISI0011628-AISI0011633** |
| 419 | **Minutes of AISI Board meetings dated 8/11/1988** | **AISI0011543-AISI0011569** |
| 420 | SuperPaint User Manual Version 3.0 | AISI0013819 |
| 421 | **The Macintosh Bible by Dale Coleman and Arthur Naiman, 1987** | |
| 422 | U.S. Patent No. 5,253,193 (Walker) issued 10/12/1993 | PRIORART00012881- PRIORART00012907 |
| 423 | U.S. Patent No. 5,287,408 (Samson) issued 2/15/1994 | PRIORART00012908- PRIORART00012921 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 424 | U.S. Patent No. 5,710,835 (Bradley) issued 1/20/1998 | PRIORART00012922-PRIORART00012935 |
| 425 | Screenshots from AISI inspection dated 2/17/2010 | PRIORART00012942-PRIORART00012962 |
| 426 | Memorandum and Opinion in AISI v. Intergraph Corp. dated 9/2/2003 | INT0025218-INT0025253 |
| 427 | Order of U.S. Court of Appeals for Federal Circuit in AISI v. Intergraph Corp. filed 5/4/2004 | |
| 428 | AutoCAD 2011 Command Reference, 1/2009 | |
| 429 | AutoCAD 2011 for Mac Command Reference, 9/2010 | |
| 430 | Intergraph's Supplemental Motion for Summary Judgment (with Affidavit of Robert Briggs attached) in AISI v. Intergraph Corp. dated 10/30/1998 | INT0035992-INT0036007 |
| 431 | Cad Overlay Demo Kit documentation, 1988 | INT0041319-INT0041321 |
| 432 | Division of Corporations - Entity Details for AISI | |
| 433 | File History for U.S. Patent No. RE40,384 | |
| 434 | Inside Macintosh, 1985 | |
| 435 | Ingersoll-Rand Professional Tools Division Engineering Document Control System by Patricia Gleason | FT00000027-FT00000058 |
| 436 | Letter from Patricia Gleason to John Gregory dated 7/1/1988 | FT00000231-FT00000242 |
| 437 | Proposal for Conversion Technology by Barbara Hoyt | FT00000820-FT00000852 |
| 438 | Proposal for a Scanning and Drawing System by Patricia Gleason | FT00000890-FT00000922 |
| 439 | Response to Specification: Optical Disk Archive and Distribution System, 3M Corp. and Formative Technologies, Inc., dated 5/7/1987 | FT00002283-FT00002301 |
| 440 | Formtek's Product Evolution diagram (1984-1988) | FT00002936 |
| 441 | [141] AISI's Response to Autodesk's Motion for Summary Judgment filed 8/15/2011 | |
| 442 | Letter from Eric Lancaster to Alan Thurber re subpoena dated 12/15/2009 | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 443 | Letter from Theodore Senger (PricewaterhouseCoopers) to Jeannine Sano re subpoena dated 11/30/2009 | |
| 444 | Letter from Roslyn Fuller (Lowe Hauptman Ham & Berner) to Daniel Shvodian re subpoena dated 1/15/2010 | |
| 445 | Letter from Charles Read to Henry Petri re subpoena dated 1/19/2010 | |
| 446 | Letter from Daniel Maga to Henry Petri re subpoena dated 1/29/2010 | |
| 447 | Letter from Michael Leach (Storm LLP) to Daniel Shvodian re documents from third parties dated 3/5/2010 | |
| 448 | Letter from Steven Trachsel to Cecil Key re subpoena dated 3/26/2010 | |
| 449 | Redacted email from Christopher Watson to Cecil Key re subpoena dated 5/25/2010 | |
| 450 | Redacted email from David Maggio to Eric Lancaster re subpoena dated 8/23/2010 | |
| 451 | Redacted email from Jeff Muhn to Amy Bagdasarian re subpoena dated 2/17/2011 | |
| 452 | LunaSeries GE Aircraft Engine Demonstration 10/30/1989 | INT0015204-INT0015211 |
| 453 | CAD Overlay | |
| 454 | LunaLink | |
| 455 | AutoCAD for Macintosh | |
| 456 | AutoCAD | |
| 457 | Luna Tutorial | |
| 458 | MiniCad | |
| 459 | LunaEdit | |
| 460 | Macintosh computer | |
| 461 | Stan Blackwell computer hard drive | |
| 462 | Stan Blackwell floppy disks | |
| 463 | Stan Blackwell zip disks | |
| 466 | Leach letter to Shvodian dated 2-24-2010 | |
| 467 | Objections to subpoena on Paul Bennett dated 2-24-2010 | |
| 468 | Objections to subpoena on Ron Paolucci dated 2-24-2010 | |
| 469 | Objections to subpoena on Israel Gopstein dated 4-08-2010 | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 470 | **Objections to subpoena on Ralph Perry-Miller dated 4-06-2010** | |
| 471 | **Objections to subpoena on Richard "Rocky" Schwartz dated 4-07-2010** | |
| 472 | **Subpoena to Steven Trachsel dated 3-23-2010** | |
| 473 | **Applying AutoCAD – A Step-By-Step Approach for AutoCAD Release 10 on MS-DOS, UNIX, and Macintosh II computers** | **Previously Exhibit No. 464** |
| 474 | **How to Get Started in AutoCAD – Without Reading the Manual** | **Previously Exhibit No. 465** |
| 475 | **AutoCAD Installation & Performance Guide dated 9-11-1987** | **Previously Exhibit No. 465** |
| 476 | Letter from Gregory Carr to Michael Leach dated 11-20-2009 | |
| 477 | Letter from Gregory Carr to Daniel Shvodian dated 1-19-2010 | |
| 478 | Email correspondence between Jeannine Sano and Paul Storm dated 5-14-2010 re unauthorized client contact | |
| 479 | Email correspondence between Jeannine Sano and Jon Suder dated 5-14-2010 re unauthorized client contact | |
| 480 | **ALL_ADN_WORLDWIDE All Active** | |
| 481 | **ALL_ADN_WORLDWIDE All Non-Active** | |
| 482 | **Chain of custody form** | |
| 483 | **Data recovery summary** | |
| 484 | **Letter from Michael W. Leach to James Gagen dated June 16, 2010** | |
| 485 | **AutoCAD Release 9 Software License Agreement** | |
| 486 | **AutoCAD Release 10 Software License Agreement** | |
| 487 | **AutoCAD 2011 Software License Agreement** | |
| 488 | **Email from Paul Storm to Bill Opincar and George Tompkins dated 7-22-2005** | |
| 489 | **Letter from William Opincar to David Maggio, Price Waterhouse/Coopers dated 6-4-1999** | |

Dated:  April 10, 2013                    Respectfully submitted,


                                          /S/ Eric Lancaster
                                          E. Leon Carter
                                          Texas State Bar No. 03914300
                                          lcarter@carterstafford.com
                                          J. Robert Arnett II
                                          Texas State Bar No. 01332900
                                          barnett@carterstafford.com
                                          CARTER STAFFORD ARNETT HAMADA
                                          & MOCKLER, PLLC
                                          8150 N. Central Expressway, Suite 1950
                                          Dallas, TX  75206
                                          Telephone:  (214) 550-8188
                                          Facsimile:  (214) 550-8185

                                          Jeannine Yoo Sano (*pro hac vice*)
                                          jsano@whitecase.com
                                          Eric E. Lancaster (*pro hac vice*)
                                          elancaster@whitecase.com
                                          Jason Xu (*pro hac vice*)
                                          jxu@whitecase.com
                                          James Gagen (*pro hac vice*)
                                          jgagen@whitecase.com
                                          WHITE & CASE LLP
                                          3000 El Camino Real
                                          5 Palo Alto Square, 9th Floor
                                          Palo Alto, CA  94306-1209
                                          Telephone:  (650) 213-0356
                                          Facsimile:  (650) 213-8158

                                          Attorneys for AUTODESK, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served on all counsel of record via the Court's ECF/CM System on this 10th  day of April, 2013


 */s/ Eric Lancaster*
Eric Lancaster