IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:09-CV-0733-M |
| | § | |
| AUTODESK, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING TRIAL AND PRETRIAL DEADLINES

Jury selection and the jury trial for this case is hereby **SET** for **Tuesday, October 8, 2013, at 9:00 a.m.** The final pretrial conference is **SET** for **Thursday, October 3, 2013, at 1:30 p.m.** Each party shall be represented by at least one attorney who will participate in the trial and who has authority to enter into stipulations and admissions that would facilitate the admission of evidence and reduce the time and expenses of trial.  Fed. R. Civ. P. 16(b).  The Court will consider at that time pretrial motions not previously decided, and procedures for trial will be discussed.

Not later than **September 17, 2013**, the parties and their respective lead counsel must meet in person or by telephone conference to discuss settlement of this case.  All parties must make a good faith effort to settle this case.  At the conclusion of this conference, counsel must, **within three business days**, notify the Court in writing of the participants' names and capacities, and the results of the settlement conference.

**Pretrial Materials:**  By **September 27, 2013**, the following **must** be filed.

1. **Jury Instructions:  Requested jury instructions (annotated)**[1] and issues shall be filed by each party.  The instructions and issues must be tailored to the specific case.  They shall be submitted in hard copy and on disk in a Word Perfect or Microsoft Word format.

---

[1] "Annotated" means that whenever possible, *each* proposed instruction or conclusion of law shall be accompanied by citation to statutory or case authority, or pattern instructions.  The parties should, to the extent possible, rely principally on Fifth Circuit and Supreme Court cases, Northern District precedents, and Fifth Circuit pattern instructions.

2. **Proposed Voir Dire Questions:** **Proposed voir dire questions** which the Court is requested to ask during its examination of the jury panel must be filed. The Court will submit to the jury a standard written questionnaire, a copy of which is attached. The parties may propose necessary modifications to the form as the case gets closer to trial. The Court, after completion of its voir dire, will allow counsel additional time to conduct their own voir dire examination.

**Motions in Limine,** if any, shall be filed by **September 23, 2013,** unless counsel, in the exercise of reasonable diligence, could not have known of the basis for the motion as of that date. Opposition to Motions in Limine shall be filed by **September 30, 2013**. The parties shall confer promptly to determine what limine items may be unobjectionable.

**Trial Procedures:** Judge Lynn does not enforce the rules of limited cross examination at trial. Redirects and recrosses are limited to the immediately preceding examination.

**SO ORDERED**.

DATED: July 26, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS