UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant; <br><br> ——— <br><br> AUTODESK, INC., <br><br> Counterplaintiff, <br><br> v. <br><br> AMERICAN IMAGING SERVICES, INC., <br><br> Counterdefendant. | Civil Action No. 3:09-CV-733-M |

**NOTICE OF PTO DECISION TO GRANT PETITION**
<u>**RE *EX PARTE* REEXAMINATION**</u>

On October 10, 2013, the United States Patent and Trademark Office ("PTO") issued its decision granting the Petition of Defendant-Counterplaintiff Autodesk, Inc. ("Autodesk"), stating that "based on a *de novo* review of the record, it is determined that the '12,856 Request established a substantial new question of patentability." *See* Decision at 9, attached as Exhibit A. The Decision was signed by the Director of the Central Reexamination Unit and states in

-1-

relevant part: "AutoSketch Manual in view of Linking CAD to the Past[1] yields a combination that meets the SNQ [substantial new question] limitation of 'having coordinates referenced to a vector origin, wherein said first (raster) image is maintained in registration with the second (vector) image using said coordinates.'  Furthermore, Canvas Manual includes, as an illustrated example, modifying the shape of a raster image with a vector based image while keeping the raster images and vector based images in sync during zoom and pan (scroll bar) operations using coordinates referenced in a single coordinate system with an origin (that is "where a raster image is maintained in registration with a vector image using the coordinates"), and merging the raster image and vector based image.  Therefore, the teachings of the Canvas Manual are cumulative to the combined teachings of AutoSketch Manual in view of Linking CAD to the Past."  *See id.*

Dated:  October 12, 2013                             Respectfully Submitted,

                                                    /s/ James Gagen
                                                    E. Leon Carter
                                                    Texas State Bar No. 03914300
                                                    lcarter@carterstafford.com
                                                    J. Robert Arnett II
                                                    Texas State Bar No. 01332900
                                                    barnett@carterstafford.com
                                                    CARTER STAFFORD ARNETT HAMADA
                                                       & MOCKLER, PLLC
                                                    8150 N. Central Expressway, Suite 1950
                                                    Dallas, TX  75206
                                                    Telephone:  (214) 550-8188
                                                    Facsimile:  (214) 550-8185

                                                    Jeannine Yoo Sano (*pro hac vice*)
                                                    jsano@whitecase.com
                                                    Eric E. Lancaster (*pro hac vice*)
                                                    elancaster@whitecase.com
                                                    Jason Xu (*pro hac vice*)
                                                    jxu@whitecase.com

---

[1]    Linking CAD to the Past is AISI's advertisement for the A/E/C Trade Show on May 2-5, 1988.  *See* Trial Ex. 501 at 212.

James Gagen (*pro hac* vice)
jgagen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306-1209
Telephone:  (650) 213-0356
Facsimile:  (650) 213-8158

Attorneys for AUTODESK, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was duly served on all counsel of record via the Court's ECF/CM System on this 12th day of October, 2013.

                                    */s/ James Gagen*
                                    James Gagen