**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>AUTODESK, INC.,<br><br>      Defendant;<br><br>AUTODESK, INC.,<br><br>      Counterplaintiff,<br><br>  v.<br><br>AMERICAN IMAGING SERVICES, INC.,<br><br>      Counterdefendant. | Civil Action No. 3:09-CV-733-M |

**AGREED MOTION TO REPLACE[1]
TRIAL EXHIBIT NO. 321**

It has come to the parties' attention that the pre-admitted Trial Exhibit No. 321,

FORM:DRAFT Manual 4.1 (1986), inadvertently includes additional pages that are not part

of the FORM:DRAFT 4.1 Manual, specifically PRIORART00001865-PRIORART00001881.

As such, the parties agree and respectfully request that the current copy of Trial Exhibit No.

---

[1] On October 7, 2013, another agreed motion to replace a trial exhibit was incorrectly styled as an agreed notice. *See* ECF No. 320. The proposed order for both exhibits to be replaced is being filed with this motion.

1

321 in the record be replaced with the attached copy of Trial Exhibit No. 321 which has the extraneous pages deleted.

Dated:  October 12, 2013

Respectfully submitted,

*/s/  James P. Gagen*
E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterstafford.com
J. Robert Arnett II
Texas State Bar No. 01332900
barnett@carterstafford.com
CARTER STAFFORD ARNETT HAMADA
  & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, TX  75206
Telephone:  (214) 550-8188
Facsimile:  (214) 550-8185

Jeannine Yoo Sano (*pro hac vice*)
jsano@whitecase.com
Eric E. Lancaster (*pro hac vice*)
elancaster@whitecase.com
Jason Xu (*pro hac vice)*
jxu@whitecase.com
James P. Gagen (*pro hac vice*)
jgagen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306-1209
Telephone:  (650) 213-0356
Facsimile:  (650) 213-8158

Attorneys for AUTODESK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served on all counsel of record via the Court's ECF/CM System on this 12th day of October, 2013.

                                        */s/ James P. Gagen*
                                        James Gagen