ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 16 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No.: 3:09-CV-0733-M |
| AUTODESK, INC., | § § § | |
| Defendant. | § | |

JURY NOTE NO. 1
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

May we have the large claim cards brought to the jury room? THANKS!

Yes

1:50 PM

REDACTED