jury

ORIGINAL IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 16 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:09-CV-0733-M |
| | § | |
| AUTODESK, INC., | § | |
| Defendant. | § | |

JURY NOTE NO. 2
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

In regard to Question 1(A), do we answer this question literally as written, "has American Imaging proven by a preponderance of the evidence the AutoCAD 2011 is capable of performing every step of the following claims?"

Or should we preface the above question with "In regard to DIRECT INFRINGEMENT," Questions 1(A) and ~~1(B)~~ relate to direct infringement.

4:15   10/16/13

REDACTED