# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN IMAGING SERVICES, INC., | § § | |
| Plaintiff-Counterdefendant, | § | Civil Action No. 3:09-CV-733-M |
| v. | § § | JURY TRIAL DEMANDED |
| AUTODESK, INC., | § § | |
| Defendant-Counterplaintiff. | § § § | |

## JOINT VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff-Counterdefendant American Imaging Services, Inc. ("AISI") and Defendant-Counterplaintiff Autodesk, Inc. ("Autodesk") stipulate that all claims and counterclaims in the above-referenced matter and any claims relating to U.S. Patent No. RE40,384 ("'384 reissued patent") are hereby dismissed with prejudice. The parties accordingly agree to forego any post-trial motions pursuant to Fed. R. Civ. P. 50 and any appeals, with each party to bear its own costs, expenses, and attorneys' fees. It is the parties' intent that upon the dismissal of this case pursuant to this Joint Voluntary Dismissal With Prejudice, all claims between the parties, including this case and any claims related to the '384 reissued patent, will be finally concluded with no further action or claim remaining by any party.

Dated:  November 18, 2013

-2-

**AGREED:**

| | |
|---|---|
| /s/ Paul V. Storm | /s/Jeannine Yoo Sano |
| Paul V. Storm | E. Leon Carter |
|   State Bar No. 19325350 | Texas State Bar No. 03914300 |
|   pvstorm@gardere.com | lcarter@carterstafford.com |
| Sarah M. Paxson | J. Robert Arnett II |
|   State Bar No. 24032826 | Texas State Bar No. 01332900 |
|   spaxson@gardere.com | barnett@carterstafford.com |
| Gardere Wynne Sewell LLP | CARTER STAFFORD ARNETT |
| 1601 Elm Street, Suite 3000 | HAMADA |
| Dallas, TX  75201 | & MOCKLER, PLLC |
| 214.999.3000 | 8150 N. Central Expressway, |
| 214.347.4667 (fax) | Suite 1950 |
| | Dallas, TX 75206 |
| Jonathan T. Suder | Telephone: (214) 550-8188 |
|   State Bar No. 19463350 | Facsimile: (214) 550-8185 |
| Todd I. Blumenfeld | |
|   State Bar No. 24067518 | Jeannine Yoo Sano (*pro hac vice*) |
| FRIEDMAN, SUDER & COOKE | jsano@whitecase.com |
| Tindall Square Warehouse No. 1 | Eric E. Lancaster (*pro hac vice*) |
| 604 East 4th Street, Suite 200 | elancaster@whitecase.com |
| Fort Worth, TX 76102 | Jason Xu (*pro hac vice)* |
| 817.334.0400 | jxu@whitecase.com |
| 817.334.0401 (fax) | James Gagen (*pro hac vice*) |
| jts@fsclaw.com | jgagen@whitecase.com |
| blumenfeld@fsclaw.com | WHITE & CASE LLP |
| | 3000 El Camino Real |
| **ATTORNEYS FOR AMERICAN IMAGING SERVICES INC.** | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, CA 94306-1209 |
| | Telephone: (650) 213-0300 |
| | Facsimile: (650) 213-8158 |
| | |
| | **ATTORNEYS FOR AUTODESK, INC.** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically and served on counsel of record via CM/ECF on November 18, 2013.

/s/ Paul V. Storm