**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| AMERICAN IMAGING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant; <br><br> AUTODESK, INC., <br><br> Counterplaintiff, <br><br> v. <br><br> AMERICAN IMAGING SERVICES, INC., <br><br> Counterdefendant. | Civil Action No. 3:09-CV-733-M |

**NOTICE OF CERTIFICATION BY AMERICAN IMAGING SERVICES, INC. ("AISI")**

The Protective Order in this case requires, among other things, that "Within sixty (60) calendar days after final judgment in this action, including the exhaustion of all appeals, or within sixty (60) calendar days after dismissal pursuant to a settlement agreement, each party or other person subject to the terms of this Protective Order is under an obligation to destroy or return to the producing party all materials and documents containing Confidential Information or Confidential Attorney Eyes Only Information, and to certify to the producing party that this destruction or return has been done." *See* ECF No. 94 ¶ 15.  Following the jury verdict in this

case finding non-infringement of all accused products and invalidity of all asserted claims on all grounds, ECF No. 344, the parties filed a Joint Voluntary Dismissal With Prejudice on November 18, 2013.  *See* ECF No. 350.  Accordingly, each party's certification of destruction of all confidential material subject to the Protective Order is due by no later than January 17, 2014.

On or about January 16, 2014, Autodesk received the attached correspondence from Paul Storm, one of AISI's counsel of record in the above-referenced action, confirming the certification by AISI that all of AISI's current and former counsel and all experts or consultants have complied with the Protective Order and destroyed all Confidential Information and Confidential Attorney Eyes Only Information of Autodesk, including all ADSK Source Code deemed designated Highly Confidential Outside Attorney Eyes Only ADSK Source Code under the Protective Order.  *See* Exhibit A.

Dated:  January 17, 2014                                   Respectfully Submitted,

 */s/ Jeannine Sano*
E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterstafford.com
J. Robert Arnett II
Texas State Bar No. 01332900
barnett@carterstafford.com
CARTER SCHOLER STAFFORD ARNETT
HAMADA & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, TX  75206
Telephone:  (214) 550-8188
Facsimile:  (214) 550-8185

Jeannine Yoo Sano (*pro hac vice*)
jsano@whitecase.com
Eric E. Lancaster (*pro hac vice*)
elancaster@whitecase.com
Jason Xu (*pro hac vice*)
jxu@whitecase.com
James Gagen (*pro hac vice*)

jgagen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306-1209
Telephone:  (650) 213-0356
Facsimile:  (650) 213-8158

Attorneys for AUTODESK, INC.

-1-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing instrument was duly served on all counsel of record via the Court's ECF/CM System on this 17th day of January, 2014.

*/s/ Jeannine Sano*