| | |
|---|---|
| **From:** | Storm, Paul V. <pvstorm@gardere.com> |
| **Sent:** | Thursday, January 16, 2014 3:15 PM |
| **To:** | Sano, Jeannine; jts@fsclaw.com; blumenfeld@fsclaw.com; Paxson, Sarah; gunter@fsclaw.com |
| **Cc:** | 'lcarter@carterstafford.com'; barnett@carterstafford.com; W&C Autodesk-AIS Team |
| **Subject:** | RE: Activity in Case 3:09-cv-00733-M American Imaging Services Inc v. Autodesk Inc Notice (Other) |

Jeannine: Yes.

Paul V. Storm | Partner
**Gardere Wynne Sewell LLP**

1601 Elm Street, Suite 3000 | Dallas, TX 75201
214.999.4701 direct
214.564.7361 cell
214.999.3701 fax
Gardere | Bio | vCard

**GARDERE**
Austin | Dallas | Houston | Mexico City

Follow @garderelaw

*********************************************************
IRS CIRCULAR 230 DISCLOSURE:
This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230. As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.
*********************************************************
NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Sano, Jeannine [mailto:jsano@paloalto.whitecase.com]
**Sent:** Thursday, January 16, 2014 5:11 PM
**To:** Storm, Paul V.; jts@fsclaw.com; blumenfeld@fsclaw.com; Paxson, Sarah; gunter@fsclaw.com
**Cc:** 'lcarter@carterstafford.com'; barnett@carterstafford.com; W&C Autodesk-AIS Team
**Subject:** RE: Activity in Case 3:09-cv-00733-M American Imaging Services Inc v. Autodesk Inc Notice (Other)

Paul:
Thank you.  For clarification, we would appreciate if AISI could confirm that your certification includes destruction of all ADSK Source Code to which any of AISI's outside counsel or experts/consultants were permitted access under the protective order.

**From:** Storm, Paul V. [mailto:pvstorm@gardere.com]
**Sent:** Thursday, January 16, 2014 2:56 PM
**To:** Sano, Jeannine; jts@fsclaw.com; blumenfeld@fsclaw.com; Paxson, Sarah; gunter@fsclaw.com
**Cc:** 'lcarter@carterstafford.com'; barnett@carterstafford.com; W&C Autodesk-AIS Team
**Subject:** RE: Activity in Case 3:09-cv-00733-M American Imaging Services Inc v. Autodesk Inc Notice (Other)

Jeanine,

American Imaging Services, Inc. (AISI) hereby certifies that all of AISI's current and former counsel and all experts or consultants with access to any Confidential Information or Confidential Attorney Eyes Only Information of Autodesk in this case have complied with Paragraph 15 of the Protective Order and have destroyed all materials and documents containing any Autodesk Confidential Information or Confidential Attorney Eyes Only Information.

Paul V. Storm | Partner
**Gardere Wynne Sewell LLP**

1601 Elm Street, Suite 3000 | Dallas, TX 75201
214.999.4701 direct
214.564.7361 cell
214.999.3701 fax
Gardere | Bio | vCard

**GARDERE**
Austin | Dallas | Houston | Mexico City

Follow @garderelaw

*********************************************************
IRS CIRCULAR 230 DISCLOSURE:
This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230. As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.
*********************************************************
NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Sano, Jeannine [mailto:jsano@paloalto.whitecase.com]
**Sent:** Wednesday, January 15, 2014 11:48 AM
**To:** Storm, Paul V.; jts@fsclaw.com; blumenfeld@fsclaw.com; Paxson, Sarah; gunter@fsclaw.com
**Cc:** 'lcarter@carterstafford.com'; barnett@carterstafford.com; W&C Autodesk-AIS Team
**Subject:** FW: Activity in Case 3:09-cv-00733-M American Imaging Services Inc v. Autodesk Inc Notice (Other)

Dear Counsel for AISI:
Please be reminded that Autodesk needs AISI's certification in accordance with the protective order that all Autodesk confidential materials have been destroyed by all AISI current and former outside counsel, experts, and consultants who had access to any Autodesk confidential materials any point.  Please let us know immediately if there is any reason why this cannot be done on or before January 16, 2014.

**From:** ecf_txnd@txnd.uscourts.gov [mailto:ecf_txnd@txnd.uscourts.gov]
**Sent:** Tuesday, January 07, 2014 3:20 PM
**To:** Courtmail@txnd.uscourts.gov
**Subject:** Activity in Case 3:09-cv-00733-M American Imaging Services Inc v. Autodesk Inc Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov.**

# U.S. District Court

# Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Sano, Jeannine on 1/7/2014 at 5:20 PM CST and filed on 1/7/2014
**Case Name:**      American Imaging Services Inc v. Autodesk Inc
**Case Number:**    3:09-cv-00733-M
**Filer:**          Autodesk Inc
**Document Number:** 351

**Docket Text:**
**NOTICE of *Compliance with Protective Order* filed by Autodesk Inc (Sano, Jeannine)**

**3:09-cv-00733-M Notice has been electronically mailed to:**

Brooks W Taylor      btaylor@carterstafford.com

Carolyn Lamm        clamm@whitecase.com

Dave R Gunter       gunter@fsclaw.com, dunn@fsclaw.com, hansen@fsclaw.com

E Leon Carter       lcarter@carterstafford.com, barnett@carterstafford.com, knewsome@carterstafford.com

Eric Lancaster      elancaster@whitecase.com

J Robert Arnett , II    barnett@carterstafford.com, chopkins@carterstafford.com, jrarnett2@gmail.com

James P Gagen       jgagen@whitecase.com

Jason Xu     jxu@whitecase.com

Jeannine Sano     jsano@whitecase.com, cishihara@whitecase.com, elancaster@whitecase.com, tmiller@whitecase.com

Jonathan T Suder     jts@fsclaw.com, dunn@fsclaw.com, gunter@fsclaw.com, hansen@fsclaw.com

Michael W Leach     mleach@godwinronquillo.com

Paul V Storm     pvstorm@gardere.com, cdaniel@gardere.com

Sarah M Paxson     spaxson@gardere.com

Todd Ian Blumenfeld     blumenfeld@fsclaw.com, dunn@fsclaw.com, hermesch@fsclaw.com

Warren S Heit     wheit@whitecase.com

**3:09-cv-00733-M The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=1/7/2014] [FileNumber=7439748-0]
[365cc7d12d3c595327b1a136f4e0bf67ea1f9bde5b55bc5ed4284a16dcee606ee5db
06c342e3e958749bc80da89d4ba56718bdd2393d7453a3623e1e3bd810e0]]

===========================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

===========================================================================

===========================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify